The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                    DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)    ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ]    Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No [ ]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

                          TORTS                                                    ACTIONS UNDER STATUTES

**CONTRACT**                **PERSONAL INJURY**         **PERSONAL INJURY/**         **FORFEITURE/PENALTY**    **BANKRUPTCY**                 **OTHER STATUTES**
                                                       [ ] 367 HEALTHCARE/
[ ] 110   INSURANCE         [ ] 310 AIRPLANE              PHARMACEUTICAL PERSONAL   [ ] 625 DRUG RELATED      [ ] 422 APPEAL                 [ ] 375 FALSE CLAIMS
[ ] 120   MARINE            [ ] 315 AIRPLANE PRODUCT     INJURY/PRODUCT LIABILITY     SEIZURE OF PROPERTY             28 USC 158             [ ] 376 QUI TAM
[ ] 130   MILLER ACT               LIABILITY           [ ] 365 PERSONAL INJURY        21 USC 881              [ ] 423 WITHDRAWAL             [ ] 400 STATE
[ ] 140   NEGOTIABLE        [ ] 320 ASSAULT, LIBEL &      PRODUCT LIABILITY         [ ] 690 OTHER                     28 USC 157                     REAPPORTIONMENT
          INSTRUMENT               SLANDER             [ ] 368 ASBESTOS PERSONAL                                                              [ ] 410 ANTITRUST
[ ] 150   RECOVERY OF       [ ] 330 FEDERAL               INJURY PRODUCT                                                                      [ ] 430 BANKS & BANKING
          OVERPAYMENT &            EMPLOYERS'             LIABILITY                                           **PROPERTY RIGHTS**            [ ] 450 COMMERCE
          ENFORCEMENT              LIABILITY                                                                                                  [ ] 460 DEPORTATION
          OF JUDGMENT       [ ] 340 MARINE             **PERSONAL PROPERTY**                                  [ ] 820 COPYRIGHTS             [ ] 470 RACKETEER INFLU-
[ ] 151   MEDICARE ACT      [ ] 345 MARINE PRODUCT                                                            [ ] 830 PATENT                         ENCED & CORRUPT
[ ] 152   RECOVERY OF              LIABILITY           [ ] 370 OTHER FRAUD                                    [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION   ORGANIZATION ACT
          DEFAULTED         [ ] 350 MOTOR VEHICLE      [ ] 371 TRUTH IN LENDING                               [ ] 840 TRADEMARK                      (RICO)
          STUDENT LOANS     [ ] 355 MOTOR VEHICLE                                                                                             [ ] 480 CONSUMER CREDIT
          (EXCL VETERANS)          PRODUCT LIABILITY                                                          **SOCIAL SECURITY**            [ ] 490 CABLE/SATELLITE TV
[ ] 153   RECOVERY OF       [ ] 360 OTHER PERSONAL     [ ] 380 OTHER PERSONAL       **LABOR**
          OVERPAYMENT              INJURY                 PROPERTY DAMAGE                                     [ ] 861 HIA (1395ff)            [ ] 850 SECURITIES/
          OF VETERAN'S      [ ] 362 PERSONAL INJURY -  [ ] 385 PROPERTY DAMAGE      [ ] 710 FAIR LABOR        [ ] 862 BLACK LUNG (923)                COMMODITIES/
          BENEFITS                 MED MALPRACTICE        PRODUCT LIABILITY                 STANDARDS ACT     [ ] 863 DIWC/DIWW (405(g))              EXCHANGE
[ ] 160   STOCKHOLDERS                                                              [ ] 720 LABOR/MGMT        [ ] 864 SSID TITLE XVI
          SUITS                                                                             RELATIONS        [ ] 865 RSI (405(g))
[ ] 190   OTHER                                        **PRISONER PETITIONS**       [ ] 740 RAILWAY LABOR ACT                                 [ ] 890 OTHER STATUTORY
          CONTRACT                                     [ ] 463 ALIEN DETAINEE       [ ] 751 FAMILY MEDICAL                                           ACTIONS
[ ] 195   CONTRACT                                     [ ] 510 MOTIONS TO               LEAVE ACT (FMLA)      **FEDERAL TAX SUITS**         [ ] 891 AGRICULTURAL ACTS
          PRODUCT           **ACTIONS UNDER STATUTES**     VACATE SENTENCE
          LIABILITY                                        28 USC 2255              [ ] 790 OTHER LABOR       [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196   FRANCHISE         **CIVIL RIGHTS**           [ ] 530 HABEAS CORPUS              LITIGATION                 Defendant)              [ ] 893 ENVIRONMENTAL
                                                       [ ] 535 DEATH PENALTY        [ ] 791 EMPL RET INC      [ ] 871 IRS-THIRD PARTY                MATTERS
                            [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER           SECURITY ACT (ERISA)       26 USC 7609             [ ] 895 FREEDOM OF
**REAL PROPERTY**                   (Non-Prisoner)                                                                                                   INFORMATION ACT
                            [ ] 441 VOTING                                          **IMMIGRATION**                                           [ ] 896 ARBITRATION
[ ] 210   LAND              [ ] 442 EMPLOYMENT         **PRISONER CIVIL RIGHTS**                                                              [ ] 899 ADMINISTRATIVE
          CONDEMNATION      [ ] 443 HOUSING/                                        [ ] 462 NATURALIZATION                                           PROCEDURE ACT/REVIEW OR
[ ] 220   FORECLOSURE               ACCOMMODATIONS     [ ] 550 CIVIL RIGHTS                 APPLICATION                                              APPEAL OF AGENCY DECISION
[ ] 230   RENT LEASE &      [ ] 445 AMERICANS WITH     [ ] 555 PRISON CONDITION     [ ] 465 OTHER IMMIGRATION
          EJECTMENT                 DISABILITIES -     [ ] 560 CIVIL DETAINEE               ACTIONS                                           [ ] 950 CONSTITUTIONALITY OF
[ ] 240   TORTS TO LAND             EMPLOYMENT             CONDITIONS OF CONFINEMENT                                                                 STATE STATUTES
[ ] 245   TORT PRODUCT      [ ] 446 AMERICANS WITH
          LIABILITY                 DISABILITIES -OTHER
[ ] 290   ALL OTHER         [ ] 448 EDUCATION
          REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION       DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                     AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                          IF SO, STATE:

DEMAND $_____ OTHER _____   JUDGE _____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO              NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*  **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
    ☐ a. all parties represented
    ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*  **BASIS OF JURISDICTION**  *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  ☐ WHITE PLAINS  ☐ MANHATTAN

DATE _____  SIGNATURE OF ATTORNEY OF RECORD  ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____ Yr. _____)
RECEIPT # _____  Attorney Bar Code # _____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)