USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW YANG, JONATHAN HERZOG, HELLEN SUH, BRIAN VOGEL, SHLOMO SMALL, ALISON HWANG, KRISTEN MEDEIROS and DR. ROGER GREEN, individually and on behalf of all others similarly situated,

               Plaintiffs,

-against-

NEW YORK STATE BOARD OF ELECTIONS,

               Defendant.

20 Civ. 3325 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 29, 2020, Plaintiffs filed an application seeking emergency relief under Rule 65 of the Federal Rules of Civil Procedure. ECF No. 1. It is hereby ORDERED that:

1. Plaintiffs shall file a memorandum of law in support of their application by **May 4, 2020**;

2. Defendant shall file a response by **May 8, 2020**; and

3. The parties shall appear for a telephonic hearing on Plaintiffs' application on **May 12, 2020**, at **1:00 p.m.** The parties are directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. The parties shall email their appearance information to Torres_NYSDChambers@nysd.uscourts.gov by **May 11, 2020**, at **5:00 p.m.**

It is further ORDERED that by **12:00 p.m.** on **April 30, 2020**, Plaintiffs shall serve a copy of the complaint, supporting documents, and this order on Defendant, and shall file proof of service on the docket. Service may be effected by reliable electronic means.

    SO ORDERED.

Dated: April 29, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge