```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW YANG, JONATHAN HERZOG, HELLEN SUH, BRIAN VOGEL, SHLOMO SMALL, ALISON HWANG, KRISTEN MEDEIROS and DR. ROGER GREEN, individually and on behalf of all others similarly situated,

        Plaintiffs,

-against-

NEW YORK STATE BOARD OF ELECTIONS,

        Defendant.

20 Civ. 3325 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is ORDERED that the Court's scheduling order, ECF No. 3, is AMENDED as follows:

1. Plaintiffs shall file a memorandum of law in support of their application seeking emergency relief by **April 30, 2020**;

2. Defendant shall file a response by **May 1, 2020**; and

3. The parties shall appear for a telephonic hearing on Plaintiffs' application on **May 4, 2020**, at **2:00 p.m.** The parties are directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. The parties shall email their appearance information to Torres_NYSDChambers@nysd.uscourts.gov by **May 4, 2020**, at **9:00 a.m.**

SO ORDERED.

Dated: April 29, 2020
       New York, New York

ANALISA TORRES
United States District Judge