IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Andrew Yang, Jonathan Herzog, Hellen Suh, Brian Vogel, Shlomo Small, Alison Hwang, Kristen Medeiros and Dr. Roger Green, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>New York State Board of Elections<br><br>    Defendant. | **ECF CASE**<br><br>CIVIL ACTION: 20-cv-3325<br><br>AFFIDAVIT OF SERVICE |

Jeffrey M. Kurzon, an attorney admitted in the State of New York and to this Court, affirms under the penalty of perjury, as follows:

1.   We are attorneys for Plaintiffs in this action.

2.   On April 28, we emailed the Defendant, New York State Board of Elections ("NYS BOE"), at enforcement@elections.ny.gov at 6:16pm EST delivering the initiating documents (ECF Dkt. 1 and attachments/exhibits) with the same.

3.   On April 28, at 8:24pm EST, Risa Sugarman, Chief Enforcement Counsel, Division of Election Law Enforcement, NYS BOE, wrote to us from enforcement@elections.ny.gov:

"You need to serve the Board not the Division of Election Law Enforcement.

Brian Quail at Brian.Quail@elections.ny.gov and Kimberly Galvin at Kimberly.Galvin@elections.ny.gov are the Counsel to the Baord [sic].

4. On or around noon, April 29, 2020, Honorable Judge Torres issued an order directing electronic service by reliable means by April 30, 2020 at noon (*see* ECF Dkt. 3).

5. At 1:31pm EST today, April 29, we emailed Mr. Quail and Ms. Galvin at the above addresses delivering the following electronically:

1. ECF Document 3 - Order by United States District Judge Analisa Torres, dated April 29, 2020

2. ECF Document 2 - Civil Cover Sheet filed by the undersigned today April 29, 2020

3. ECF Document 1 - Emergency Complaint Seeking Relief Under FRCP 65(b) (erroneously dated April 28, 2011) filed April 28, 2020, with exhibits filed on the same day, namely:

   a. ECF Dkt 1-1, Affidavit of Andrew Yang

   b. ECF Dkt 1-2, Affidavit of Jonathan Herzog

   c. ECF Dkt 1-3, Affidavit of Hellen Suh

   d. ECF Dkt. 1-4 Affidavit of Brian Vogel

   e. ECF Dkt. 1-5 Affidavit of Shlomo Small

   f. ECF Dkt. 1-6 Affidavit of Alison Hwang

   g. ECF Dkt. 1-7 Affidavit of Kristen Medeiros

   h. ECF Dkt. 1-8 Affidavit of Dr. Roger Green

   i. ECF Dkt. 1-9 Affidavit of Attorney Jeffrey M. Kurzon

   j. ECF Dkt. 1-11 Proposed Emergency Order to Show Cause for Preliminary Injunction and Temporary Restraining Order

6. In addition, at 2:22pm today, we mailed the above case initiating documents to the Defendant, by US Express Mail, expedited to be delivered by April 30 at noon, with the envelope clearly marked "**URGENT: FEDERAL COURT ORDER INSIDE**" to:

>NYS Board of Elections
>Attention: Legal Counsel (Emergency – Time Sensitive)
>40 North Pearl St., Suite 5

Albany, NY 12207-2729

7. At or around 2:52pm today, Mr. Douglas Kellner, Co-Chair and Commissioner of the Defendant submitted a letter to the court (see ECF Dkt. 4) requesting to expedite the schedule by the Honorable Judge Torres in ECF Dkt. 3.

8. At or around 3:04pm today, Mr. Kellner sent the same ECF Dkt. 4 to our attention by electronic mail, copying both Mr. Quail and Ms. Galvin at the Defendant at the email addresses referenced above (see para. 4 above).

9. Based on the foregoing, we believe Defendant has been served and the service requirement set by the Honorable Judge Torres in her initial order (ECF Dkt. 3) has been met.

[SIGNATURE PAGES FOLLOW]

Dated: April 29, 2020

Respectfully submitted,

By: _/s/ Jeffrey M. Kurzon_____
Jeffrey Mead Kurzon, Esq.
Bar No. JM3388
Jeff@Kurzon.com

**KURZON KOHEN LLP**
305 Broadway, FL 7
New York, NY 10007
Phone: 212-203-8918
www.Kurzon.com
Attorneys for Plaintiffs

3