IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Andrew Yang, Jonathan Herzog, Hellen Suh, Brian Vogel, Shlomo Small, Alison Hwang, Kristen Medeiros and Dr. Roger Green, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>New York State Board of Elections<br><br>     Defendant. | **ECF CASE**<br><br>CIVIL ACTION: 20-cv-3325<br><br>AFFIDAVIT OF SERVICE |

  Jeffrey M. Kurzon, an attorney admitted in the State of New York and to this Court, affirms under the penalty of perjury, as follows:

  1. We are attorneys for Plaintiffs in this action.

  2. On April 30 we filed ECF Dkt. No. 7 and accompanying Exhibits 1-12(A-L) (the "First Amended Complaint").

  3. The First Amended Complaint was served electronically by ECF on Douglas A. Kellner to dak@khgflaw.com.

  4. By email, at 5:22am EST, April 30, 2020, we electronically sent the First Amended Compliant, with Subject Matter "URGENT - Yang v New York State Board of Elections, Case No. 20-cv-03325(AT)" to the following persons and accompanying addresses:

"Kellner, Douglas (ELECTIONS)" <Douglas.Kellner@elections.ny.gov>, "Galvin, Kimberly (ELECTIONS)" <Kimberly.Galvin@elections.ny.gov>, "Quail, Brian (ELECTIONS)" <Brian.Quail@elections.ny.gov>

[SIGNATURE PAGES FOLLOW]

Dated: April 30, 2020

    Respectfully submitted,

    By: _/s/ Jeffrey M. Kurzon_____
    Jeffrey Mead Kurzon, Esq.
    Bar No. JM3388
    Jeff@Kurzon.com

    **KURZON KOHEN LLP**
    305 Broadway, FL 7
    New York, NY 10007
    Phone: 212-203-8918
    www.Kurzon.com
    Attorneys for Plaintiffs