```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW YANG, JONATHAN HERZOG, HELLEN SUH, BRIAN VOGEL, SHLOMO SMALL, ALISON HWANG, KRISTEN MEDEIROS and DR. ROGER GREEN, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

NEW YORK STATE BOARD OF ELECTIONS,

                Defendant.

20 Civ. 3325 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 29, 2020, the Court directed Plaintiffs to submit a memorandum of law in support of their application seeking emergency relief by April 30, 2020, and Defendant to respond by May 1, 2020. ECF No. 5.

It is ORDERED that the parties' briefs shall address the question of the Court's subject-matter jurisdiction, including the effect, if any, of the Eleventh Amendment to the United States Constitution. *See Murawski v. N.Y. State Bd. of Elections*, 285 F. Supp. 3d 691, 695–96 (S.D.N.Y. 2018); *Tiraco v. N.Y. State Bd. of Elections*, 963 F. Supp. 2d 184, 192–93 (E.D.N.Y. 2013).

SO ORDERED.

Dated: April 30, 2020
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge