AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Yang et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-cv-03325 (AT) |
| New York State Board of Elections et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Plaintiff-Intervenors, including Penny Mintz (full list and amended Appearance forthcoming) .

Date:   04/30/2020

/s/
*Attorney's signature*

Remy Green, 5505300
*Printed name and bar number*

Cohen&Green
1639 Centre Street, Suite 216
Ridgewood, New York 11385
*Address*

Remy@FemmeLaw.com
*E-mail address*

(929) 888-9480
*Telephone number*

(929) 888-9457
*FAX number*