UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| ANDREW YANG, JONATHAN HERZOG, HELLEN SUH, BRIAN VOGEL, SHLOMO SMALL, ALISON HWANG, KRISTEN MEDEIROS AND DR. ROGER GREEN, individually and on behalf of all others similarly situated, | CIVIL ACTION: 20-cv-3325 (AT) |
| Plaintiffs, | NOTICE OF **APPEARANCE** |
| and | |
| GEORGE ALBRO et al | |
| Proposed Intervenors, | |
| vs. | |
| DOUGLAS KELLNER and ANDREW SPANO, as Commissioners of the NEW YORK STATE BOARD OF ELECTIONS, etc | |
| Defendants. | |

------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the Arthur Z. Schwartz, of Advocates for Justice, appears for all purposes on behalf of the Proposed Intervenors in this matter.

Dated: New York New York
April 30, 2020

ADVOCATES FOR JUSTICE,
Attorneys for Proposed Intervenors

By:_____/s/_____
　　　　Arthur Z. Schwartz (AS2683)
225 Broadway, Suite 1902
New York, New York 10007
(212) 285-1400
aschwartz@afjlaw.com