April 30, 2020

**SUBJ: Statement of Affidavit Regarding Petitioning for Andrew Yang in New York**

My name is Christopher Pascale. I am an accountant and professor of accounting, as well as a disabled veteran, the spouse of a retired veteran, and soon-to-be father of a US service member.

From December 31, 2019 through the New Hampshire primary I served as the 2nd Congressional District Leader for the *Andrew Yang Presidential Campaign* and worked to gather valid signatures as well as other volunteers to assist me.

I collected approximately 700 signatures while leading/coordinating the efforts of 4 volunteers under the guidance and leadership of Alison Hwang. My efforts included early morning train station canvassing in Wyandanch, Babylon, Lindenhurst, Copiague, and Amityville, as well as evening canvassing in West Babylon, Babylon, Deer Park, Farmingdale, Massapequa, West Islip, Bay Shore and Oakdale. Additionally, I was actively working to gather signatures on the campuses of SUNY Farmingdale and Suffolk Community College. Lastly, I spent several lunch hours going door-to-door.

In all, I estimate that I came face-to-face with over 2,000 people over the course of more than 150 hours. As a husband and father of four children, and professional with two jobs while actively publishing work in the field of business and finance, and also volunteering as a Little League coach, this was a deep sacrifice.

Being a volunteer, the only recompense I sought was to vote for Andrew Yang in the New York Primary. Prior to this upcoming primary I had never been a registered Democrat, nor had I ever voted in a Presidential Primary in any of the states where I lived, so it stands to reason that the candidacy of this young man meant a great deal to me, as it did to the many volunteers across the nation.

If there is any reason you wish to speak with me further regarding this matter, I would be happy to do so as this correspondence has been sent

Very Respectfully,

*Christopher Pascale*

Christopher Pascale