UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW YANG, JONATHAN HERZOG,
HELLEN SUH, BRIAN VOGEL, SHLOMO
SMALL, ALISON HWANG, KRISTEN
MEDEIROS AND DR. ROGER GREEN,
individually and on behalf of all others similarly
situated,

        Plaintiffs,

  and

GEORGE ALBRO, JAY BELLANCA, TRACI
STRICKLAND, EMILY ADAMS, NESTOR
MEDINA, SIMRAN NANDA, KATHRYN
LEVY, JOSHUA SAUBERMAN, CARI
GARDNER, STEPHEN CARPINETA, NANCY
DEDELVA, and TING BARROW,

        Proposed Intervenors,

    vs.

DOUGLAS KELLNER and ANDREW
SPANO, as Commissioners of the NEW
YORK STATE BOARD OF ELECTIONS, etc.,

        Defendants.
------------------------------------------------------------X

CIVIL ACTION: 20-cv-3325 (AT)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the Arthur Z. Schwartz, of Advocates for Justice, appears for all purposes on behalf of the Proposed Intervenors in this matter.

Dated: New York New York
      May 1, 2020

ADVOCATES FOR JUSTICE,
Attorneys for Proposed Intervenors

By:_____/s/_____
    Arthur Z. Schwartz (AS2683)
225 Broadway, Suite 1902
New York, New York 10007
(212) 285-1400
aschwartz@afjlaw.com