AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Yang, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-03325 (AT) |
| New York State Board of Elections, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenors Albro, Bellanca, Strickland, Adams, Medina, Nanda, Levy, Sauberman, Gardner, Carpineta, Barrow, Mintz, and de Delva.

Date:    05/01/2020

/s/
*Attorney's signature*

Elena Cohen, 4974796
*Printed name and bar number*

Cohen&Green P.L.L.C.
1639 Centre Street, Suite 216
Ridgewood, NY 11385
*Address*

elenacohenesq@gmail.com
*E-mail address*

(929) 888-9480
*Telephone number*

(929) 888-9457
*FAX number*