UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW YANG, JONATHAN HERZOG, HELLEN SUH, BRIAN VOGEL, SHLOMO SMALL, ALISON HWANG, KRISTEN MEDEIROS and DR. ROGER GREEN, individually and on behalf of all others similarly situated,<br><br>                                      Plaintiffs,<br><br>v.<br><br>DOUGLAS A. KELLNER, Co-Chair and Commissioner, ANDREW SPANO, Commissioner, PETER S. KOSINSKI, Co-Chair, TODD D. VALENTINE, Co-Executive Director, and ROBERT A. BREHM, Co-Executive Director, individually and in their official capacities at the New York State Board of Elections, and the NEW YORK STATE BOARD OF ELECTIONS,<br><br>                                      Defendants. | No. 20-cv-3325 (AT)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Matthew Conrad hereby enters his appearance in the above-captioned matter on behalf of defendants Douglas A. Kellner, Co-Chair and Commissioner, Andrew Spano, Commissioner, Peter S. Kosinski, Co-Chair, Todd D. Valentine, Co-Executive Director, and Robert A. Brehm, Co-Executive Director, individually and in their official capacities at the New York State Board of Elections, and the New York State Board of Elections. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
       May 1, 2020

                                  LETITIA JAMES
                                  Attorney General of the State of New York
                                  *Attorney for State Defendants*

                              By:    /s/ Matthew Conrad
                                         Matthew Conrad
                                         Assistant Attorney General
                                         28 Liberty Street
                                         New York, New York 10005
                                         (212) 416-8610