On March 5, Yang sent this to the FEC:
https://docquery.fec.gov/dcdev/fectxt/1388101.txt

This is to inform the FEC that Friends of Andrew Yang (ID: C00659938) will assume a quarterly filing schedule now that Andrew Yang is no longer an active candidate. It is our understanding that our next report will be due on April 15, 2020.