**Brehm, Robert (ELECTIONS)**

| | |
|---|---|
| **From:** | Brehm, Robert (ELECTIONS) |
| **Sent:** | Monday, April 20, 2020 4:42 PM |
| **Subject:** | Notice to candidates |

Good Afternoon,

New York State Election Law section 2-122(a) provides that a determination may be by the Democratic NYSBOE Commissioners to remove any candidate from the presidential primary ballot who had publicly suspended their campaign.   The Commissioners are holding a meeting on Wednesday, April 22, 2020 at 1 pm at the New York State Board of Elections Albany office to make a public determination pursuant to section 2-122(a) of the Election Law.   The meeting will be cast live at:   https://youtu.be/cU2kqrKHPYI

Meeting notice is posted on the NYSBOE website at https://www.elections.ny.gov/

Regards,

**Robert A. Brehm**
Co-Executive Director
**New York State Board of Elections**
40 North Pearl Street, Suite 5
Albany, New York 12207-2729
518-474-8100  robert.brehm@elections.ny.gov

www.elections.ny.gov



✱ bcc  won't print in report.

1



Notice to candidates

Brehm, Robert (ELECTIONS)

To    kt@elizabethwarren.com;   cubaldwin@devinpatrick2020.com;   marc.safman1@gmail.com;   cameron.kpzh@tomsteyer.com;   jgoldfeder@stroock.com;   aaronhmendelsohn@gmail.com;
       chrisyang@yang2020.com;   sdowney@coolbooker.com;   malcom.seymour@foster.com;   kwolfson@mikebloomberg.com;   Andrew Spano;   dak@khgflaw.com;   Tom Garry;   Quasi, Brian (ELECTIONS);
       Cartagena, Nicholas (ELECTIONS);   Couser, Cheryl (ELECTIONS);   Cartagena, Nicholas (ELECTIONS)

① You forwarded this message on 4/20/2020 6:00 PM.

Mon 4/20/2020 3:42 PM

Good Afternoon,

New York State Election Law section 2-122(a) provides that a determination may be by the Democratic NYSBOE Commissioners to remove any candidate from the
presidential primary ballot who had publicly suspended their campaign.   The Commissioners are holding a meeting on Wednesday, April 22, 2020 at 1 pm at the New
York State Board of Elections Albany office to make a public determination pursuant to section 2-122(a) of the Election Law.   The meeting will be cast live
at:   https://youtu.be/cU2kcarKHPYI

Meeting notice is posted on the NYSBOE website at https://www.elections.ny.gov/

Regards,

**Robert A. Brehm**
**Co-Executive Director**
**New York State Board of Elections**
40 North Pearl Street, Suite 5
Albany, New York 12207-2729
518-474-8100  robert.brehm@elections.ny.gov

www.elections.ny.gov

**Brehm, Robert (ELECTIONS)**

| | |
|---|---|
| **From:** | Brehm, Robert (ELECTIONS) |
| **Sent:** | Monday, April 20, 2020 4:48 PM |
| **To:** | Couser, Cheryl (ELECTIONS) |
| **Cc:** | dak@khgflaw.com; Andrew Spano |
| **Subject:** | FW: Notice to candidates |

The email contacts for the following candidates bounced back as undeliverable:

Elizabeth Warren

Deval Patrick

Tom Steyer

Andrew Yang

Cory Booker

Bernie Sanders

Let me know if you have any other points of contact for these individuals.

**From:** Brehm, Robert (ELECTIONS)
**Sent:** Monday, April 20, 2020 4:42 PM
**Subject:** Notice to candidates

Good Afternoon,

New York State Election Law section 2-122(a) provides that a determination may be by the Democratic NYSBOE Commissioners to remove any candidate from the presidential primary ballot who had publicly suspended their campaign.   The Commissioners are holding a meeting on Wednesday, April 22, 2020 at 1 pm at the New York State Board of Elections Albany office to make a public determination pursuant to section 2-122(a) of the Election Law.   The meeting will be cast live at:   https://youtu.be/cU2kqrKHPYI

Meeting notice is posted on the NYSBOE website at https://www.elections.ny.gov/

Regards,

**Robert A. Brehm**
Co-Executive Director
**New York State Board of Elections**
40 North Pearl Street, Suite 5

Albany, New York 12207-2729
518-474-8100  robert.brehm@elections.ny.gov

www.elections.ny.gov

## Brehm, Robert (ELECTIONS)

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@mailstream-west.mxrecord.io> |
| **To:** | kt@elizabethwarren.com |
| **Sent:** | Monday, April 20, 2020 4:42 PM |
| **Subject:** | Undeliverable: Notice to candidates |

X-Area1Security-Disposition: BOUNCE-DELIVERY-FAILURE

This is the mail system at host mailstream-west.mxrecord.io.

I'm sorry to have to inform you that your message could not be delivered to one or more recipients. Relevant details attached below.

For further assistance, please send mail to <postmaster>

If you do so, please include this problem report. You can delete your own text from the attached returned message.

The Area1 Security Mail System

<kt@elizabethwarren.com>: host aspmx.l.google.com[74.125.20.26] said: 550-5.1.1
    The email account that you tried to reach does not exist. Please try
    550-5.1.1 double-checking the recipient's email address for typos or
    550-5.1.1 unnecessary spaces. Learn more at 550 5.1.1
    https://support.google.com/mail/?p=NoSuchUser q6si365828pll.307 - gsmtp (in
    reply to RCPT TO command)

# Brehm, Robert (ELECTIONS)

**From:**          Mail Delivery System <MAILER-DAEMON@mailstream-east.mxrecord.io>
**To:**            cameron.kppb@tomsteyer.com
**Sent:**          Monday, April 20, 2020 4:42 PM
**Subject:**       Undeliverable: Notice to candidates

X-Area1Security-Disposition: BOUNCE-DELIVERY-FAILURE

This is the mail system at host mailstream-east.mxrecord.io.

I'm sorry to have to inform you that your message could not be delivered to one or more recipients. Relevant details attached below.

For further assistance, please send mail to <postmaster>

If you do so, please include this problem report. You can delete your own text from the attached returned message.

      The Area1 Security Mail System

<cameron.kppb@tomsteyer.com>: host aspmx.l.google.com[173.194.207.26] said:
  550-5.1.1 The email account that you tried to reach does not exist. Please
  try 550-5.1.1 double-checking the recipient's email address for typos or
  550-5.1.1 unnecessary spaces. Learn more at 550 5.1.1
  https://support.google.com/mail/?p=NoSuchUser l19si145934qvk.94 - gsmtp (in
  reply to RCPT TO command)

**Brehm, Robert (ELECTIONS)**

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@mailstream-west.mxrecord.io> |
| **To:** | chrisyum@yang2020.com |
| **Sent:** | Monday, April 20, 2020 4:42 PM |
| **Subject:** | Undeliverable: Notice to candidates |

X-Area1Security-Disposition: BOUNCE-DELIVERY-FAILURE

This is the mail system at host mailstream-west.mxrecord.io.

I'm sorry to have to inform you that your message could not be delivered to one or more recipients. Relevant details attached below.

For further assistance, please send mail to <postmaster>

If you do so, please include this problem report. You can delete your own text from the attached returned message.

       The Area1 Security Mail System

<chrisyum@yang2020.com>: host aspmx.l.google.com[74.125.142.26] said: 550-5.7.1
    Thank you for contacting the campaign. The email account you are 550-5.7.1
    trying to reach is no longer in service. If you need to send an email
    550-5.7.1 to the campaign, please send your message to contact@yang2020.com
    for 550 5.7.1 proper distribution. - gcdp ep22si294150pjb.115 - gsmtp (in
    reply to RCPT TO command)

**Brehm, Robert (ELECTIONS)**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | malcom.seymour@foster.com |
| **Sent:** | Monday, April 20, 2020 4:42 PM |
| **Subject:** | Undeliverable: Notice to candidates |

 Office 365

Your message to malcom.seymour@foster.com couldn't be delivered.

# malcom.seymour wasn't found at foster.com, or the mailbox is unavailable.

| **Robert.Brehm** | **Office 365** | **malcom.seymour** |
|---|---|---|
| Action Required | | Recipient |

Unknown To address

## How to Fix It

The email address might be misspelled or it might not exist. Try one or more of the following:

- **Retype the recipient's address, then resend the message -** If you're using Outlook, open this non-delivery report message and click **Send Again** from the menu or ribbon. In Outlook on the web, select this message, and then click the "**To send this message again, click here.**" link located just above the message preview window. In the To or Cc line, delete and then retype the entire recipient's address (ignore any address suggestions). After typing the complete address, click **Send** to resend the message. If you're using an email program other than Outlook or Outlook on the web, follow its standard way for resending a message. Just be sure to delete and retype the recipient's entire address before resending it.

- **Remove the recipient from the recipient Auto-Complete List, then resend the message -** If you're using Outlook or Outlook on the web, follow the steps in the "Remove the recipient from the recipient Auto-Complete List" section of this article. Then resend the message. Be sure to delete and retype the recipient's entire address before clicking **Send**.

- **Contact the recipient by some other means,** (by phone, for example) to confirm you're using the right address. Ask them if

they've set up an email forwarding rule that could be forwarding your message to an incorrect address.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

*Was this helpful? Send feedback to Microsoft.*

# More Info for Email Admins

*Status code: 550 5.1.351*

When Office 365 tried to send the message, the external email server returned an error stating that the recipient is unknown or the mailbox is unavailable. This error was reported by an email server outside Office 365.

**If you or the sender can't fix the problem, contact the responsible party's email admin -** Give them the error code and error message from this non-delivery report (NDR) to help them troubleshoot the issue. To determine who the responsible party might be, check the error for information about where the problem is happening. For example, look for a domain name like contoso.com. A domain name in the error might suggest who is responsible for the error. It could be the recipient's email server, or it could be a third-party service that your organization or the recipient's organization is using to process or filter email messages.

Although the sender might be able to fix the issue by correcting the recipient address, it's likely that only the recipient's email admin can fix the problem. Unfortunately, it's unlikely Office 365 Support will be able to help with these kinds of externally reported errors.

## Original Message Details

| | |
|---|---|
| Created Date: | 4/20/2020 8:42:23 PM |
| Sender Address: | Robert.Brehm@elections.ny.gov |
| Recipient Address: | malcom.seymour@foster.com |
| Subject: | Notice to candidates |

## Error Details

| | |
|---|---|
| Reported error: | *550 5.1.351 Remote server returned unknown recipient or mailbox unavailable -> 550 Invalid Recipient - https://community.mimecast.com/docs/DOC-1369#550 [Ur9df2bfMm-vWfpWUQ3yiQ.us309]* |
| DSN generated by: | BL0PR0901MB4388.namprd09.prod.outlook.com |
| Remote server: | us-smtp-1.mimecast.com |

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH |
|---|---|---|---|---|
| 1 | 4/20/2020 8:42:23 PM | BL0PR0901MB4324.namprd09.prod.outlook.com | BL0PR0901MB4324.namprd09.prod.outlook.com | mapi |
| 2 | 4/20/2020 8:42:23 PM | BL0PR0901MB4324.namprd09.prod.outlook.com | BL0PR0901MB4388.namprd09.prod.outlook.com | Microsoft SMT cipher=TLS_EC |

## Original Message Headers

```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=none;

b=c7BVvU4cYM8ZY1Yt6lRzYdn+Xc+xlJ2nPWgyxrl8xYvlRkGGeZrPd+c6HpRluufdzlmQ2kwv27QFktHrYjEG4iF
l0fd2ppmutcItyYhiHugOavkel48GQlRCfaDh0YpwuYNNDOdmf7vjaKtx2ISto85B/hGT4GHEcS12ZclAycml2q8j
Hkja1hX979St53VWnAr8AMjzirmmlz6tXesiMrkK0OQyEEey7Dtg5j4P25IdT4O4SCYzpims1iN6QPytQmMYzqrWR
45CuOHAMFPke7FZA8C4fyb1bt9nlnz58+J9GF9bmh59EvM7+xc/kXLCAwYs4jT7bpGuxoz+kqUO7g==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector9901;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=/5tu0Hettp4QkRsy4Dvec+T9BbQVm9W4PMO0m5AFrOg=;

b=bPLZ/CD7C1bRVKn2Y8t1YSyFUiQ+58GwAeY8zn/3LAn/ifjLzTt3iUdXwyMPZFnoaM2lYCkJ5PSum6Gztsm+stj
pF9WQj9ZPXHmDFp0N5As/h1YrLp040IpQXjXv/pWk6HXph2hCcFsYMtAeIKBWExNlBy+l3Oq9eXjQj6bKY1c+Tidv
sOaJDaIlQJB8GGfN/7znkBFEHnmI9gs6H11MxDKw+yo7SkISk8sUpbWzUGtOmDOzgLujlXGRPwjnqWvxbWgb8RrDK
2clvsTCilDyP0fj2p6P1ZpLPpbGEN064jTlSqRtmdTVR6WujG8gKHQsLdxRCwCydEAOiuNZUVOjoQ==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=elections.ny.gov; dmarc=pass action=none
 header.from=elections.ny.gov; dkim=pass header.d=elections.ny.gov; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=elections.ny.gov;
 s=selector2;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=/5tu0Hettp4QkRsy4Dvec+T9BbQVm9W4PMO0m5AFrOg=;

b=w2QJ8H/GRDEwi8hZqarx/oantUlRtqcOnfiSXT/z3MfynFHMejrRO85IAQzKnTooPYxEzmOhAVuJe8/WrJlc+8+
PYW9BsHqlkMWVr+2v5T6F/iMBEiCpf6BDn5O8eYnahpsV8kcEUhfMCxLg18X0MK7fIioY9HLRiHSg+a7tkr4=
Received: from BL0PR0901MB4324.namprd09.prod.outlook.com
 (2603:10b6:208:1c5::20) by BL0PR0901MB4388.namprd09.prod.outlook.com
 (2603:10b6:208:1cc::20) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2921.29; Mon, 20 Apr
 2020 20:42:23 +0000
Received: from BL0PR0901MB4324.namprd09.prod.outlook.com
 ([fe80::247f:3a72:760e:65a]) by BL0PR0901MB4324.namprd09.prod.outlook.com
 ([fe80::247f:3a72:760e:65a%6]) with mapi id 15.20.2921.027; Mon, 20 Apr 2020
 20:42:23 +0000
From: "Brehm, Robert (ELECTIONS)" <Robert.Brehm@elections.ny.gov>
Subject: Notice to candidates
Thread-Topic: Notice to candidates
Thread-Index: AdYXUjMampOIzuIBRwSHLuHvPeiGEQAALoKA
Date: Mon, 20 Apr 2020 20:42:23 +0000
```

```
Message-ID:
<BL0PR0901MB4324189258E20E5001BC40C7B1D40@BL0PR0901MB4324.namprd09.prod.outlook.com>
References:
<BL0PR0901MB3778433F5D562C0F4A1BA2BAC9D40@BL0PR0901MB3778.namprd09.prod.outlook.com>
In-Reply-To:
<BL0PR0901MB3778433F5D562C0F4A1BA2BAC9D40@BL0PR0901MB3778.namprd09.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
authentication-results: spf=none (sender IP is )
 smtp.mailfrom=Robert.Brehm@elections.ny.gov;
x-originating-ip: [161.11.126.41]
x-ms-publictraffictype: Email
x-ms-office365-filtering-ht: Tenant
x-ms-office365-filtering-correlation-id: e9ddc2ce-0778-4afa-a631-08d7e56b547b
x-ms-traffictypediagnostic: BL0PR0901MB4388:
x-ld-processed: f46cb8ea-7900-4d10-8ceb-80e8c1c81ee7,ExtAddr
x-ms-exchange-transport-forked: True
x-microsoft-antispam-prvs:
<BL0PR0901MB4388DAB48F1A07AF1C1140AFB1D40@BL0PR0901MB4388.namprd09.prod.outlook.com>
x-ms-oob-tlc-oobclassifiers: OLM:8273;
x-forefront-prvs: 03793408BA
x-forefront-antispam-report:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BL0PR0901MB4324.namprd09.
prod.outlook.com;PTR:;CAT:NONE;SFTY:;SFS:(10009020)(39860400002)(346002)(366004)(376002)(
396003)(136003)(7416002)(52536014)(316002)(7116003)(8936002)(186003)(55016002)(1565050000
1)(6506007)(7696005)(83080400001)(26005)(9686003)(8676002)(81156014)(33656002)(2906002)(4
744005)(71200400001)(3480700007)(66476007)(76116006)(66556008)(66946007)(66446008)(647560
08)(966005)(109986005)(86362001)(5660300002)(478600001);DIR:OUT;SFP:1101;
received-spf: None (protection.outlook.com: elections.ny.gov does not
 designate permitted sender hosts)
x-ms-exchange-senderadcheck: 1
x-microsoft-antispam: BCL:0;
x-microsoft-antispam-message-info:
k2UUmckmtXp3vvIy6HeoD2aKNZDp+mP7R+QkiKK1p/NvDul0BQ52w6SNbHjtCGuWaKyoq8RYyV5mllkMmWibvCDIS
HhDnv8g7GFsY28VxlsKiw9dX/+k8Yo84GuO5vFKtQiqtKeNximPZgGmcDrmnJIdrzE4vhIj2OPQOOj8l35gB9SZQd
wazwhYMX4bjsUldA2P5C3SHWbbcdKFmfWHxp2ppXPGPXeWB8XgGSLTZL0+Ao/yeYIdZ6qxAklizaBDKtX5eUvD3Pk
zkoPk5ESnSqjyxeoOgG+f1hTBmKZkPiTuOX1k0NiYnR54raKj0ZQEayUQsnHFlurXeUeezjcC5B8TfuvvTIjcJF9j
+A+ABJTcB54DWy2TnJ7ynT2iNGYJsj2COloCa7BRzPBMR0XBWkG3MvQ7tVaKpoykJMlVtadN7Lv6zO6zo/nA3eIGR
dpO6rs9xqZG5e8cfNE3GDKdMu3y6xRBgP60JnXBjn63Qft1Kj4YDV2AwG78RlqkrEWEeiYk7z+GaZBhFIoqI0oNyA
==

x-ms-exchange-antispam-messagedata:
H33prFH8cvd2Ku83Agmd3Bgsh/5UuOhcLThKM4WsvUt/zdyKkk0T5T/U0HndCkte/b///maTO6aajWzpcc9wk3liD
2sICtxOxwSDBLPcFbnWkXmV+rnSn6K8WJUGMDy5K3jsBTfC8IvDkjd2vWSscw==
Content-Type: multipart/alternative;
        boundary="_000_BL0PR0901MB4324189258E20E5001BC40C7B1D40BL0PR0901MB4324_"
MIME-Version: 1.0
X-OriginatorOrg: elections.ny.gov
X-MS-Exchange-CrossTenant-Network-Message-Id: e9ddc2ce-0778-4afa-a631-08d7e56b547b
X-MS-Exchange-CrossTenant-originalarrivaltime: 20 Apr 2020 20:42:23.5814
 (UTC)
```

```
X-MS-Exchange-CrossTenant-fromentityheader: Hosted

X-MS-Exchange-CrossTenant-id: f46cb8ea-7900-4d10-8ceb-80e8c1c81ee7

X-MS-Exchange-CrossTenant-mailboxtype: HOSTED

X-MS-Exchange-CrossTenant-userprincipalname:
NPOL0rOKsgelvijA+K8SdqPAP+VRhEKLokJ8GUnbF5rBbMay9FDw8H52t7wb9APGjiagW7HykjIScK0oiAVhE3BrH
bP1V9r7qCKBLqg2eVU=

X-MS-Exchange-Transport-CrossTenantHeadersStamped: BL0PR0901MB4388
```

**Brehm, Robert (ELECTIONS)**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | sdowney@corybooker.com |
| **Sent:** | Monday, April 20, 2020 4:42 PM |
| **Subject:** | Undeliverable: Notice to candidates |

 Office 365

Your message to sdowney@corybooker.com couldn't be delivered.

## sdowney wasn't found at corybooker.com.

| **Robert.Brehm** | **Office 365** | **sdowney** |
|---|---|---|
| Action Required | | Recipient |

Unknown To address

## How to Fix It
The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link "**To send this message again, click here.**" Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.1 in Office 365, and then send the message again. Retype the entire recipient address before selecting **Send**.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

*Was this helpful? Send feedback to Microsoft.*

# More Info for Email Admins
*Status code: 550 5.1.1*

This error occurs because the sender sent a message to an email address outside of Office 365, but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

**Synchronize your directories** - If you have a hybrid environment and are using directory synchronization make sure the recipient's email address is synced correctly in both Office 365 and in your on-premises directory.

**Errant forwarding rule** - Check for forwarding rules that aren't behaving as expected. Forwarding can be set up by an admin via mail flow rules or mailbox forwarding address settings, or by the recipient via the Inbox Rules feature.

**Mail flow settings and MX records are not correct** - Misconfigured mail flow or MX record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for error code 550 5.1.1 in Office 365.

## Original Message Details
| | |
|---|---|
| Created Date: | 4/20/2020 8:42:23 PM |
| Sender Address: | Robert.Brehm@elections.ny.gov |
| Recipient Address: | sdowney@corybooker.com |
| Subject: | Notice to candidates |

## Error Details
| | |
|---|---|
| Reported error: | *550-5.1.1 The email account that you tried to reach does not exist. Please try 550-5.1.1 double-checking the recipient's email address for typos or 550-5.1.1 unnecessary spaces. Learn more at 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser x14si393611ede.22 - gsmtp* |
| DSN generated by: | BL0PR0901MB4388.namprd09.prod.outlook.com |
| Remote server: | mx.google.com |

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH |
|-----|-----------|------|-----|------|
| 1 | 4/20/2020 8:42:23 PM | BL0PR0901MB4324.namprd09.prod.outlook.com | BL0PR0901MB4324.namprd09.prod.outlook.com | mapi |
| 2 | 4/20/2020 8:42:23 PM | BL0PR0901MB4324.namprd09.prod.outlook.com | BL0PR0901MB4388.namprd09.prod.outlook.com | Microsoft SMT cipher=TLS_EC |

## Original Message Headers

```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=none;

b=c7BVvU4cYM8ZY1Yt6lRzYdn+Xc+xlJ2nPWgyxrl8xYvlRkGGezRPd+c6HpRluufdzlmQ2kwv27QFktHrYjEG4iF
l0fd2ppmutcItyYhiHug0avkel48GQlRCfaDh0YpwuYNNDOdmf7vjaKtx2ISto85B/hGT4GHEcSl2ZclAycml2q8j
Hkja1hX979St53VWnAr8AMjzirmmlz6tXesiMrkK0OQyEEey7Dtg5j4P25IdT4O4SCYzpims1iN6QPytQmMYzqrWR
45CuOHAMFPke7FZA8C4fyb1bt9nlnz58+J9GF9bmh59EvM7+xc/kXLCAwYs4jT7bpGuxoz+kqUO7g==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector9901;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=/5tu0Hettp4QkRsy4Dvec+T9BbQVm9W4PMO0m5AFrOg=;

b=bPLZ/CD7C1bRVKn2Y8t1YSyFUiQ+58GwAeY8zn/3LAn/ifjLzTt3iUdXwyMPZFnoaM2lYCkJ5PSum6Gztsm+stj
pF9WQj9ZPXHmDFp0N5As/h1YrLp040IpQXjXv/pWk6HXph2hCcFsYMtAeIKBWExNlBy+l3Oq9eXjQj6bKY1c+Tidv
sOaJDaI1QJB8GGfN/7znkBFEHnmI9gs6H1lMxDKw+yo7SkISk8sUpbWzUGtOmDOzgLujlXGBPwjnqWvxbWgb8RrDK
2clvsTCilDyP0fj2p6P1ZpLPpbGEN064jT1SqRtmdTVR6WujG8gKHQsLdxRCwCydEAOiuNZUVOjoQ==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=elections.ny.gov; dmarc=pass action=none
 header.from=elections.ny.gov; dkim=pass header.d=elections.ny.gov; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=elections.ny.gov;
 s=selector2;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=/5tu0Hettp4QkRsy4Dvec+T9BbQVm9W4PMO0m5AFrOg=;

b=w2QJ8H/GRDEwi8hZqarx/oantUlRtqcOnfiSXT/z3MfynFHMejrRO85IAQzKnTooPYxEzmOhAVuJe8/WrJlc+8+
PYW9BsHqlkMWVr+2v5T6F/iMBEiCpf6BDn5O8eYnahpsV8kcEUhfMCxLg18X0MK7fIioY9HLRiHSg+a7tkr4=
Received: from BL0PR0901MB4324.namprd09.prod.outlook.com
 (2603:10b6:208:1c5::20) by BL0PR0901MB4388.namprd09.prod.outlook.com
 (2603:10b6:208:1cc::20) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2921.29; Mon, 20 Apr
 2020 20:42:23 +0000
Received: from BL0PR0901MB4324.namprd09.prod.outlook.com
 ([fe80::247f:3a72:760e:65a]) by BL0PR0901MB4324.namprd09.prod.outlook.com
 ([fe80::247f:3a72:760e:65a%6]) with mapi id 15.20.2921.027; Mon, 20 Apr 2020
 20:42:23 +0000
From: "Brehm, Robert (ELECTIONS)" <Robert.Brehm@elections.ny.gov>
Subject: Notice to candidates
Thread-Topic: Notice to candidates
Thread-Index: AdYXUjMampOIzuIBRwSHLuHvPeiGEQAALoKA
Date: Mon, 20 Apr 2020 20:42:23 +0000
```

11

```
Message-ID:
<BL0PR0901MB4324189258E20E5001BC40C7B1D40@BL0PR0901MB4324.namprd09.prod.outlook.com>
References:
<BL0PR0901MB3778433F5D562C0F4A1BA2BAC9D40@BL0PR0901MB3778.namprd09.prod.outlook.com>
In-Reply-To:
<BL0PR0901MB3778433F5D562C0F4A1BA2BAC9D40@BL0PR0901MB3778.namprd09.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
authentication-results: spf=none (sender IP is )
 smtp.mailfrom=Robert.Brehm@elections.ny.gov;
x-originating-ip: [161.11.126.41]
x-ms-publictraffictype: Email
x-ms-office365-filtering-ht: Tenant
x-ms-office365-filtering-correlation-id: e9ddc2ce-0778-4afa-a631-08d7e56b547b
x-ms-trafficctypediagnostic: BL0PR0901MB4388:
x-ld-processed: f46cb8ea-7900-4d10-8ceb-80e8c1c81ee7,ExtAddr
x-ms-exchange-transport-forked: True
x-microsoft-antispam-prvs:
<BL0PR0901MB4388DAB48F1A07AF1C1140AFB1D40@BL0PR0901MB4388.namprd09.prod.outlook.com>
x-ms-oob-tlc-oobclassifiers: OLM:8273;
x-forefront-prvs: 03793408BA
x-forefront-antispam-report:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BL0PR0901MB4324.namprd09.
prod.outlook.com;PTR:;CAT:NONE;SFTY:;SFS:(10009020)(39860400002)(346002)(366004)(376002)(
396003)(136003)(7416002)(52536014)(316002)(7116003)(8936002)(186003)(55016002)(1565050000
1)(6506007)(7696005)(83080400001)(26005)(9686003)(8676002)(81156014)(33656002)(2906002)(4
744005)(71200400001)(3480700007)(66476007)(76116006)(66556008)(66946007)(66446008)(647560
08)(966005)(109986005)(86362001)(5660300002)(478600001);DIR:OUT;SFP:1101;
received-spf: None (protection.outlook.com: elections.ny.gov does not
 designate permitted sender hosts}
x-ms-exchange-senderadcheck: 1
x-microsoft-antispam: BCL:0;
x-microsoft-antispam-message-info:
k2UUmckmtXp3vvIy6HeoD2aKNZDp+mP7R+QkiKK1p/NvDul0BQ52w6SNbHjtCGuWaKyoq8RYyV5mllkMmWibvCDIS
HhDnv8g7GFsY28VxlsKiw9dX/+k8Yo84GuO5vFKtQiqtKeNximPZgGmcDrmnJIdrzE4vhIj2OPQ0Oj8l35gB9SZQd
wazwhYMX4bjsUldA2P5C3SHWbbcdKFmfWHxp2ppXPGPXeWB8XgGSLTZL0+Ao/yeYIdZ6qxAk1izaBDKtX5eUvD3Pk
zkoPk5ESnSqjyxeoOgG+f1hTBmKZkPiTuOX1k0NiYnR54raKj0ZQEayUQsnHF1urXeUeezjcC5B8TfuvvTIjcJF9j
+A+ABJTcB54DWy2TnJ7ynT2iNGYJsj2COloCa7BRzPBMR0XBWkG3MvQ7tVaKpoykJMlVtadN7Lv6zO6zo/nA3eIGR
dpO6rs9xgZG5e8cfNE3GDKdMu3y6xRBgP60JnXBjn63Qft1Kj4YDV2AwG78RlqkrEWEeiYk7z+GaZBhFIoqI0oNyA
==
x-ms-exchange-antispam-messagedata:
H33prFH8cvd2Ku83Agmd3Bgsh/5UuOhcLThKM4WsvUt/zdyKkk0T5T/U0HndCkte/b///maTO6aajWzpcc9wk3liD
2sICtxOxwSDBLPcFbnWkXmV+rnSn6K8WJUGMDy5K3jsBTfC8IvDkjd2vWSscw==
Content-Type: multipart/alternative;
        boundary="_000_BL0PR0901MB4324189258E20E5001BC40C7B1D40BL0PR0901MB4324_"
MIME-Version: 1.0
X-OriginatorOrg: elections.ny.gov
X-MS-Exchange-CrossTenant-Network-Message-Id: e9ddc2ce-0778-4afa-a631-08d7e56b547b
X-MS-Exchange-CrossTenant-originalarrivaltime: 20 Apr 2020 20:42:23.5814
 (UTC)
```

```
X-MS-Exchange-CrossTenant-fromentityheader: Hosted

X-MS-Exchange-CrossTenant-id: f46cb8ea-7900-4d10-8ceb-80e8c1c81ee7

X-MS-Exchange-CrossTenant-mailboxtype: HOSTED

X-MS-Exchange-CrossTenant-userprincipalname:
NPOL0rOKsgelvijA+K8SdqPAP+VRhEKLokJ8GUnbF5rBbMay9FDw8H52t7wb9APGjiagW7HykjIScK0oiAVhE3BrH
bP1V9r7qCKBLqg2eVU=

X-MS-Exchange-Transport-CrossTenantHeadersStamped: BL0PR0901MB4388
```

**Brehm, Robert (ELECTIONS)**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | cubaldwin@devalpatrick2020.com |
| **Sent:** | Monday, April 20, 2020 4:42 PM |
| **Subject:** | Undeliverable: Notice to candidates |

## Office 365

Your message to cubaldwin@devalpatrick2020.com couldn't be delivered.

## cubaldwin wasn't found at devalpatrick2020.com.

| **Robert.Brehm** | **Office 365** | **cubaldwin** |
|---|---|---|
| **Action Required** | | Recipient |
| Unknown To address | | |

## How to Fix It

The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link **"To send this message again, click here."** Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.1 in Office 365, and then send the message again. Retype the entire recipient address before selecting **Send**.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

Was this helpful? *Send feedback to Microsoft*.

# More Info for Email Admins
*Status code: 550 5.1.1*

This error occurs because the sender sent a message to an email address outside of Office 365, but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

**Synchronize your directories** - If you have a hybrid environment and are using directory synchronization make sure the recipient's email address is synced correctly in both Office 365 and in your on-premises directory.

**Errant forwarding rule** - Check for forwarding rules that aren't behaving as expected. Forwarding can be set up by an admin via mail flow rules or mailbox forwarding address settings, or by the recipient via the Inbox Rules feature.

**Mail flow settings and MX records are not correct** - Misconfigured mail flow or MX record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for error code 550 5.1.1 in Office 365.

## Original Message Details
| | |
|---|---|
| Created Date: | 4/20/2020 8:42:23 PM |
| Sender Address: | Robert.Brehm@elections.ny.gov |
| Recipient Address: | cubaldwin@devalpatrick2020.com |
| Subject: | Notice to candidates |

## Error Details
| | |
|---|---|
| Reported error: | *550-5.1.1 The email account that you tried to reach does not exist. Please try 550-5.1.1 double-checking the recipient's email address for typos or 550-5.1.1 unnecessary spaces. Learn more at 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser y9si248398qkl.358 - gsmtp* |
| DSN generated by: | BL0PR0901MB4388.namprd09.prod.outlook.com |
| Remote server: | mx.google.com |

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH |
|-----|-----------|------|-----|------|
| 1 | 4/20/2020 8:42:23 PM | BL0PR0901MB4324.namprd09.prod.outlook.com | BL0PR0901MB4324.namprd09.prod.outlook.com | mapi |
| 2 | 4/20/2020 8:42:23 PM | BL0PR0901MB4324.namprd09.prod.outlook.com | BL0PR0901MB4388.namprd09.prod.outlook.com | Microsoft SMT cipher=TLS_EC |

## Original Message Headers

```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=none;

b=c7BVvU4cYM8ZY1Yt61RzYdn+Xc+x1J2nPWgyxr18xYvlRkGGeZrPd+c6HpRluufdzlmQ2kwv27QFktHrYjEG4iF
l0fd2ppmutcItyYhiHug0avkel48GQlRCfaDh0YpwuYNNDOdmf7vjaKtx2ISto85B/hGT4GHEcSl2ZclAycml2q8j
Hkja1hX979St53VWnAr8AMjzirmmlz6tXesiMrkK0OQyEEey7Dtg5j4P25IdT4O4SCYzpims1iN6QPytQmMYzqrWR
45CuOHAMFPxe7FZA8C4fyb1bt9n1nz58+J9GF9bmh59EvM7+xc/kXLCAwYs4jT7bpGuxoz+kqUO7g==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector9901;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=/5tu0Hettp4QkRsy4Dvec+T9BbQVm9W4PMO0m5AFrOg=;

b=bPLZ/CD7C1bRVKn2Y8t1YSyFUiQ+58GwAeY8zn/3LAn/ifjLzTt3iUdXwyMPZFnoaM21YCkJ5PSum6Gztsm+stj
pF9WQj9ZPXHmDFp0N5As/h1YrLp040IpQXjXv/pWk6HXph2hCcFsYMtAeIKBWExNlBy+13Oq9eXjQj6bKY1c+Tidv
sOaJDaI1QJB8GGfN/7znkBFEHnmI9gs6H11MxDKw+yo7SkISk8sUpbWzUGtOmDOzgLuj1XGBPwjnqWvxbWgb8RrDK
2clvsTCilDyP0fj2p6P1ZpLPpbGEN064jTlSqRtmdTVR6WujG8gKHQsLdxRCwCydEAOiuNZUVOjoQ==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=elections.ny.gov; dmarc=pass action=none
 header.from=elections.ny.gov; dkim=pass header.d=elections.ny.gov; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=elections.ny.gov;
 s=selector2;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=/5tu0Hettp4QkRsy4Dvec+T9BbQVm9W4PMO0m5AFrOg=;

b=w2QJ8H/GRDEwi8hZqarx/oantUlRtqcOnfiSXT/z3MfynFHMejrRO85IAQzKnTooPYxEzmOhAVuJe8/WrJlc+8+
PYW9BsHqlkMWVr+2v5T6F/iMBEiCpf6BDn5O8eYnahpsV8kcEUhfMCxLg18X0MK7fIioY9HLRiHSg+a7tkr4=
Received: from BL0PR0901MB4324.namprd09.prod.outlook.com
 (2603:10b6:208:1c5::20) by BL0PR0901MB4388.namprd09.prod.outlook.com
 (2603:10b6:208:1cc::20) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2921.29; Mon, 20 Apr
 2020 20:42:23 +0000
Received: from BL0PR0901MB4324.namprd09.prod.outlook.com
 ([fe80::247f:3a72:760e:65a]) by BL0PR0901MB4324.namprd09.prod.outlook.com
 ([fe80::247f:3a72:760e:65a%6]) with mapi id 15.20.2921.027; Mon, 20 Apr 2020
 20:42:23 +0000
From: "Brehm, Robert (ELECTIONS)" <Robert.Brehm@elections.ny.gov>
Subject: Notice to candidates
Thread-Topic: Notice to candidates
Thread-Index: AdYXUjMampOIzuIBRwSHLuHvPeiGEQAALoKA
Date: Mon, 20 Apr 2020 20:42:23 +0000
```

```
Message-ID:
<BL0PR0901MB4324189258E20E5001BC40C7B1D40@BL0PR0901MB4324.namprd09.prod.outlook.com>
References:
<BL0PR0901MB3778433F5D562C0F4A1BA2BAC9D40@BL0PR0901MB3778.namprd09.prod.outlook.com>
In-Reply-To:
<BL0PR0901MB3778433F5D562C0F4A1BA2BAC9D40@BL0PR0901MB3778.namprd09.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
authentication-results: spf=none (sender IP is )
 smtp.mailfrom=Robert.Brehm@elections.ny.gov;
x-originating-ip: [161.11.126.41]
x-ms-publictraffictype: Email
x-ms-office365-filtering-ht: Tenant
x-ms-office365-filtering-correlation-id: e9ddc2ce-0778-4afa-a631-08d7e56b547b
x-ms-trafficctypediagnostic: BL0PR0901MB4388:
x-ld-processed: f46cb8ea-7900-4d10-8ceb-80e8c1c81ee7,ExtAddr
x-ms-exchange-transport-forked: True
x-microsoft-antispam-prvs:
<BL0PR0901MB4388DAB48F1A07AF1C1140AFB1D40@BL0PR0901MB4388.namprd09.prod.outlook.com>
x-ms-oob-tlc-oobclassifiers: OLM:8273;
x-forefront-prvs: 03793408BA
x-forefront-antispam-report:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BL0PR0901MB4324.namprd09.
prod.outlook.com;PTR:;CAT:NONE;SFTY:;SFS:(10009020)(39860400002)(346002)(366004)(376002)(
396003)(136003)(7416002)(52536014)(316002)(7116003)(8936002)(186003)(55016002)(1565050000
1)(6506007)(7696005)(83080400001)(26005)(9686003)(8676002)(81156014)(33656002)(2906002)(4
744005)(71200400001)(3480700007)(66476007)(76116006)(66556008)(66946007)(66446008)(647560
08)(966005)(109986005)(86362001)(5660300002)(478600001);DIR:OUT;SFP:1101;
received-spf: None (protection.outlook.com: elections.ny.gov does not
 designate permitted sender hosts)
x-ms-exchange-senderadcheck: 1
x-microsoft-antispam: BCL:0;
x-microsoft-antispam-message-info:
k2UUmckmtXp3vvIy6HeoD2aKNZDp+mP7R+QkiKK1p/NvDul0BQ52w6SNbHjtCGuWaKyoq8RYyV5mllkMmWibvCDIS
HhDnv8g7GFsY28VxlsKiw9dX/+k8Yo84GuO5vFKtQiqtKeNximPZgGmcDrmnJIdrzE4vhIj2OPQ0Oj8l35gB9SZQd
wazwhYMX4bjsUldA2P5C3SHWbbcdKFmfWHxp2ppXPGPXeWB8XgGSLTZL0+Ao/yeYIdZ6qxAk1izaBDKtX5eUvD3Pk
zkoPk5ESnSqjyxeoOgG+f1hTBmKZkPiTuOX1k0NiYnR54raKj0ZQEayUQsnHF1urXeUeezjcC5B8TfuvvTIjcJF9j
+A+ABJTcB54DWy2TnJ7ynT2iNGYJsj2COloCa7BRzPBMR0XBWkG3MvQ7tVaKpoykJMlVtadN7Lv6zO6zo/nA3eIGR
dpO6rs9xgZG5e8cfNE3GDKdMu3y6xRBgP60JnXBjn63Qft1Kj4YDV2AwG78RlqkrEWEeiYk7z+GaZBhFIoqI0oNyA
==

x-ms-exchange-antispam-messagedata:
H33prFH8cvd2Ku83Agmd3Bgsh/5UuOhcLThKM4WsvUt/zdyKkkOT5T/U0HndCkte/b///maTO6aajWzpcc9wk3liD
2sICtxOxwSDBLPcFbnWkXmV+rnSn6K8WJUGMDy5K3jsBTfC8IvDkjd2vWSscw==
Content-Type: multipart/alternative;
        boundary="_000_BL0PR0901MB4324189258E20E5001BC40C7B1D40BL0PR0901MB4324_"
MIME-Version: 1.0
X-OriginatorOrg: elections.ny.gov
X-MS-Exchange-CrossTenant-Network-Message-Id: e9ddc2ce-0778-4afa-a631-08d7e56b547b
X-MS-Exchange-CrossTenant-originalarrivaltime: 20 Apr 2020 20:42:23.5814
 (UTC)
```

```
X-MS-Exchange-CrossTenant-fromentityheader: Hosted

X-MS-Exchange-CrossTenant-id: f46cb8ea-7900-4d10-8ceb-80e8c1c81ee7

X-MS-Exchange-CrossTenant-mailboxtype: HOSTED

X-MS-Exchange-CrossTenant-userprincipalname:
NPOL0rOKsgelvijA+K8SdqPAP+VRhEKLokJ8GUnbF5rBbMay9FDw8H52t7wb9APGjiagW7HykjIScK0oiAVhE3BrH
bP1V9r7qCKBLqg2eVU=

X-MS-Exchange-Transport-CrossTenantHeadersStamped: BL0PR0901MB4388
```

**Brehm, Robert (ELECTIONS)**

| | |
|---|---|
| **From:** | Couser, Cheryl (ELECTIONS) |
| **Sent:** | Monday, April 20, 2020 5:56 PM |
| **To:** | Brehm, Robert (ELECTIONS) |
| **Subject:** | Presidential Campaign Cover page contacts |

Warren:          Justine Turner   justine@elizabethwarren.com
Patrick:          Arthur Greig   awgreig@aol.com
Steyer:          Elizabeth Lucas elizabeth.lucas@tomsteyer.com
Yang:          Howard Graubard  Howardgraubard@hotmail.com
Sanders:        Malcolm Seymour  Malcolm.seymour@foster.com
Booker – no petition submitted

Please note the Warren campaign contact is the same.

**Cheryl L. Couser**
*Deputy Director of Public Information*
New York State Board of Elections
40 N. Pearl Street
Albany, NY 12207
(518) 474-1953
(518) 473-8315 (fax)
cheryl.couser@elections.ny.gov

FW: Notice to candidates

Brehm, Robert (ELECTIONS)

To    awgreig@aol.com;    elizabeth.lucas@tomsteyer.com,    Howard Graubard;    Couser, Cheryl (ELECTIONS)
Bcc    justine@elizabethwarren.com;    elizabeth.lucas@tomsteyer.com,    Howard Graubard;    Couser, Cheryl (ELECTIONS)

You forwarded this message on 4/20/2020 6:02 PM.

Mon 4/20/2020 6:01 PM

Good Afternoon,

New York State Election Law section 2-122(a) provides that a determination may be by the Democratic NYSBOE Commissioners to remove any candidate from the presidential primary ballot who had publicly suspended their campaign.   The Commissioners are holding a meeting on Wednesday, April 22, 2020 at 1 pm at the New York State Board of Elections Albany office to make a public determination pursuant to section 2-122(a) of the Election Law.   The meeting will be cast live at:   https://youtu.be/cU2lkqrKHPYI

Meeting notice is posted on the NYSBOE website at https://www.elections.ny.gov/

Regards,

**Robert A. Brehm**
Co-Executive Director
New York State Board of Elections
40 North Pearl Street, Suite 5
Albany, New York 12207-2729
518-474-8100  robert.brehm@elections.ny.gov

www.elections.ny.gov

**Brehm, Robert (ELECTIONS)**

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@mx0b-0050c801.pphosted.com> |
| **To:** | kwolfson@mikebloomberg.com |
| **Sent:** | Monday, April 20, 2020 4:42 PM |
| **Subject:** | Undeliverable: Notice to candidates |

The original message was received at Mon, 20 Apr 2020 20:42:25 GMT from m0203040.ppops.net [127.0.0.1]

 ----- The following addresses had permanent fatal errors ----- <kwolfson@mikebloomberg.com>
 (reason: 550-5.1.1 The email account that you tried to reach does not exist. Please try)

 ----- Transcript of session follows ----- ... while talking to aspmx.l.google.com.:
>>> DATA
<<< 550-5.1.1 The email account that you tried to reach does not exist. Please try <<< 550-5.1.1 double-checking the recipient's email address for typos or <<< 550-5.1.1 unnecessary spaces. Learn more at <<< 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser n125si650966ybg.290 - gsmtp
550 5.1.1 <kwolfson@mikebloomberg.com>... User unknown <<< 503 5.5.1 RCPT first. n125si650966ybg.290 - gsmtp

**Brehm, Robert (ELECTIONS)**

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@mailstream-east.mxrecord.io> |
| **To:** | elizabeth.lucas@tomsteyer.com |
| **Sent:** | Monday, April 20, 2020 6:01 PM |
| **Subject:** | Undeliverable: Notice to candidates |

X-Area1Security-Disposition: BOUNCE-DELIVERY-FAILURE

This is the mail system at host mailstream-east.mxrecord.io.

I'm sorry to have to inform you that your message could not be delivered to one or more recipients. Relevant details attached below.

For further assistance, please send mail to <postmaster>

If you do so, please include this problem report. You can delete your own text from the attached returned message.

                The Area1 Security Mail System

<elizabeth.lucas@tomsteyer.com>: host aspmx.l.google.com[173.194.66.26] said:
    550-5.2.1 The email account that you tried to reach is disabled. Learn more
    at 550 5.2.1  https://support.google.com/mail/?p=DisabledUser
    i36si299983qtb.96 - gsmtp (in reply to RCPT TO command)

## Brehm, Robert (ELECTIONS)

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@mailstream-east.mxrecord.io> |
| **To:** | justine@elizabethwarren.com |
| **Sent:** | Monday, April 20, 2020 6:01 PM |
| **Subject:** | Undeliverable: Notice to candidates |

X-Area1Security-Disposition: BOUNCE-DELIVERY-FAILURE

This is the mail system at host mailstream-east.mxrecord.io.

I'm sorry to have to inform you that your message could not be delivered to one or more recipients. Relevant details attached below.

For further assistance, please send mail to <postmaster>

If you do so, please include this problem report. You can delete your own text from the attached returned message.

        The Area1 Security Mail System

<justine@elizabethwarren.com>: host aspmx.l.google.com[172.217.197.26] said:
    550-5.1.1 The email account that you tried to reach does not exist. Please
    try 550-5.1.1 double-checking the recipient's email address for typos or
    550-5.1.1 unnecessary spaces. Learn more at 550 5.1.1
    https://support.google.com/mail/?p=NoSuchUser bb2si259688qvb.26 - gsmtp (in
    reply to RCPT TO command)

**Brehm, Robert (ELECTIONS)**

| | |
|---|---|
| **From:** | Brehm, Robert (ELECTIONS) |
| **Sent:** | Monday, April 20, 2020 6:03 PM |
| **To:** | Couser, Cheryl (ELECTIONS) |
| **Subject:** | FW: Notice to candidates |

justine@elizabethwarren.com; awgreig@aol.com; elizabeth.lucas@tomsteyer.com; Howard Graubard <howardgraubard@hotmail.com>; Couser, Cheryl (ELECTIONS) Cheryl.Couser@elections.ny.gov

of this group, Justine Turner and Elizabeth Lucas came back as undeliverable.

**From:** Brehm, Robert (ELECTIONS)
**Sent:** Monday, April 20, 2020 6:01 PM
**Subject:** FW: Notice to candidates

Good Afternoon,

New York State Election Law section 2-122(a) provides that a determination may be by the Democratic NYSBOE Commissioners to remove any candidate from the presidential primary ballot who had publicly suspended their campaign.   The Commissioners are holding a meeting on Wednesday, April 22, 2020 at 1 pm at the New York State Board of Elections Albany office to make a public determination pursuant to section 2-122(a) of the Election Law.   The meeting will be cast live at:   https://youtu.be/cU2kqrKHPYI

Meeting notice is posted on the NYSBOE website at https://www.elections.ny.gov/

Regards,


**Robert A. Brehm**
Co-Executive Director
**New York State Board of Elections**
40 North Pearl Street, Suite 5
Albany, New York 12207-2729
518-474-8100  robert.brehm@elections.ny.gov

www.elections.ny.gov

**Brehm, Robert (ELECTIONS)**

| | |
|---|---|
| **From:** | Brehm, Robert (ELECTIONS) |
| **Sent:** | Monday, April 20, 2020 6:05 PM |
| **To:** | Couser, Cheryl (ELECTIONS) |
| **Subject:** | RE: Presidential Campaign Cover page contacts |

I did that in round one.  It bounced back.  I think any of the email addresses that go to a candidate type email address have been closed due to campaign ending and nobody is minding the store.

**From:** Couser, Cheryl (ELECTIONS) <Cheryl.Couser@elections.ny.gov>
**Sent:** Monday, April 20, 2020 6:03 PM
**To:** Brehm, Robert (ELECTIONS) <Robert.Brehm@elections.ny.gov>
**Subject:** RE: Presidential Campaign Cover page contacts

HWolfson@mikebloomberg.com

**From:** Brehm, Robert (ELECTIONS) <Robert.Brehm@elections.ny.gov>
**Sent:** Monday, April 20, 2020 5:59 PM
**To:** Couser, Cheryl (ELECTIONS) <Cheryl.Couser@elections.ny.gov>
**Subject:** RE: Presidential Campaign Cover page contacts

I will try them.  The Bernie Sanders contact already bounced back in the first round as did the Mike Bloomberg contact from the petition KWolfson@mikebloomberg.com

**From:** Couser, Cheryl (ELECTIONS) <Cheryl.Couser@elections.ny.gov>
**Sent:** Monday, April 20, 2020 5:56 PM
**To:** Brehm, Robert (ELECTIONS) <Robert.Brehm@elections.ny.gov>
**Subject:** Presidential Campaign Cover page contacts

| | | |
|---|---|---|
| Warren: | Justine Turner | justine@elizabethwarren.com |
| Patrick: | Arthur Greig | awgreig@aol.com |
| Steyer: | Elizabeth Lucas | elizabeth.lucas@tomsteyer.com |
| Yang: | Howard Graubard | Howardgraubard@hotmail.com |
| Sanders: | Malcolm Seymour | Malcolm.seymour@foster.com |

Booker – no petition submitted

Please note the Warren campaign contact is the same.

**Cheryl L. Couser**
*Deputy Director of Public Information*
New York State Board of Elections
40 N. Pearl Street
Albany, NY 12207

(518) 474-1953
(518) 473-8315 (fax)
cheryl.couser@elections.ny.gov