**From:** **Jeff Kurzon** jeff@kurzon.com
**Subject:** IMPORTANT RE JUNE 23 PRESIDENTIAL DEMOCRATIC PRIMARY
**Date:** April 21, 2020 at 9:36 PM
**To:** dak@khgflaw.com



Dear Commissioner,

Please keep all duly qualified Democratic presidential candidates on the ballot in the June 23 ballot. The Democratic Party must continue to believe in democracy. I worked very hard with a team to get Andrew Yang on the ballot, securing over 400 signatures personally. Moreover, I solicited signatures for myself to be a pledged delegate at the convention. Removing duly qualified candidates undermines our legal process for choosing our elected officials and would disenfranchise all NY Democrats as they would effectively have no vote in choosing our next President. If you remove Yang and myself from the ballot, I will strongly consider taking legal action. I reserve all rights. Please share this email with your colleagues. Thank you for your service.

Sincerely,

Jeff Kurzon
Attorney and NY Registered Democratic

Sent from my iPhone - Confidential