

Peter S. Kosinski
Co-Chair

Vacant
Commissioner

Todd D. Valentine
Co-Executive Director

40 NORTH PEARL STREET, SUITE 5
ALBANY, N.Y. 12207-2109
Phone: 518/474-8100 Fax: 518/486-4068
http://www.elections.ny.gov

Douglas A. Kellner
Co-Chair

Andrew J. Spano
Commissioner

Robert A. Brehm
Co-Executive Director

April 27, 2020

TO: Michael Bennet
Michael R. Bloomberg
Pete Buttigieg
Tulsi Gabbard
Amy Klobuchar
Deval Patrick
Bernie Sanders
Tom Steyer
Elizabeth Warren
Andrew Yang

Earlier today the two Democratic Commissioners of the State Board of Elections passed a resolution which, under 2-122(a) of NYS Election Law, determined that ten candidates (and any National Delegates pledged to such candidates) should be removed from the Presidential Primary ballot. The attached certification reflects these changes.

As a result of this determination, there is only one candidate remaining on the Presidential Primary certification, Joseph R. Biden. As he is now uncontested, there is no longer a need for the holding of a Democratic Presidential Primary election on June 23, 2020.

Please contact us should you have any questions.

**Robert A. Brehm**
Co-Executive Director

**Todd D. Valentine**
Co-Executive Director




# Amended Certification for the April 28, 2020 Presidential Primary Election

Pursuant to the provisions of Section 4-110 of the Election Law and other pertinent statutes and by virtue of the designations filed in this office, it is hereby certified that the respective persons hereafter named have been designated by petitions of enrolled voters of the said party as candidates for the several public office(s) or party position(s) recited and that the names of such candidates are to be placed in the following order on the Presidential Primary of the said party for the Presidential Primary Election to be held on April 28, 2020.

| Office | Party |
|---|---|
| President of the United States | ★ Democratic |
| Delegate to the Democratic National Convention ____ Congressional District | ★ Democratic |

The presidential primary ballot shall contain no part for voting for candidates for nomination or election nor the title of such office or position unless the office or position is contested.

**Dated: April 27, 2020**

Robert A. Brehm
Co-Executive Director

Todd D. Valentine
Co-Executive Director

## Version History

**04.27.2020**

*- Pursuant to 2-122(a) of the Election Law, the following candidates for President of the United States and delegates supporting said candidates have been removed from the ballot: Pete Buttigieg, Amy Klobuchar, Tulsi Gabbard, Bernie Sanders, Michael R. Bloomberg, Tom Steyer, Michael Bennet, Elizabeth Warren, Andrew Yang and Deval Patrick.*

**03.05.2020**

*- In Congressional District 3, corrected spelling of name of Yang delegate Joseph Falquecee*
*- In Congressional District 5, corrected order of Yang delegates Alice Mei-Chi Li and Tyra Powell*
*- In Congressional District 21, corrected spelling of name of Buttigieg delegate Jeffrey M. Cox*
*- In Congressional District 22, corrected spelling of names of Warren delegate Tina R. Majkowsky and Sanders delegate Delvin Moody*
*- In Congressional District 27, corrected spelling of names of Biden delegate Terrence L. Melvin*
*- Standardized punctuation for all suffixes to conform with USGPO style standards*

**03.04.2020**

*- Original version*

# New York State Board of Elections
# April 28, 2020 Presidential Primary
# Candidate List

Updated: 4/27/2020

## Office: President of the United States

**Vote for: One (1)**

**Counties: All**

| Party | Candidate Name | Address |
|---|---|---|
| DEM | Joseph R. Biden<br>*(uncontested)* | 1209 Barley Mill Road -- Wilmington, DE 19807 |

**The following pages contain candidates for the office of**

**DELEGATE TO THE NATIONAL CONVENTION**

**for the**

**DEMOCRATIC PARTY**

**and should be placed alongside the appropriate presidential candidate.**

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: 1

COUNTIES: Part of Suffolk

**VOTE FOR SIX**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Judith H. Hope | F | 26 Dunemere Lane -- East Hampton, NY 11937 | BIDEN |
| DEM | Timothy H. Bishop | M | 129 Wooley Street -- Southampton, NY 11968 | BIDEN |
| DEM | Robin L. Long | F | 10 Columbine Avenue N. -- Hampton Bays, NY 11946 | BIDEN |
| DEM | Anthony R. Portesy | M | 30 Cottonwood Avenue — Port Jefferson Station, NY 11776 | BIDEN |
| DEM | Jeanne C. O'Rourke | F | 486 Church Lane -- Aquebogue, NY 11931 | BIDEN |
| DEM | David Kilmnick | M | 42 Pleasant Avenue -- Centereach, NY 11720 | BIDEN |

OFFICE: ***National Delegate***

DISTRICT: 2

COUNTIES: Part of Nassau, Part of Suffolk

**VOTE FOR SIX**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Du Wayne Gregory | M | 3 Marlin Drive -- Copiague, NY 11726 | BIDEN |
| DEM | Monica R. Martinez | F | 852 Broadway -- Brentwood, NY 11717 | BIDEN |
| DEM | Kevin M. Thomas | M | 18 Cotton Lane -- Levittown, NY 11756 | BIDEN |
| DEM | Jacqueline A. Gordon | F | 348 Jackson Avenue -- Copiague, NY 11726 | BIDEN |
| DEM | Antonio A. Martinez | M | 9 Highview Court -- Wheatley Heights, NY 11798 | BIDEN |
| DEM | Carrie Ann Cicillini | F | 28 Plymouth Drive -- Massapequa, NY 11758 | BIDEN |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: **3**

COUNTIES: Part of Nassau, Part of Suffolk, Part of Queens

**VOTE FOR SEVEN**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Judi R. Bosworth | F | 26 Bayside Drive -- Great Neck, NY 11023 | BIDEN |
| DEM | James P. Scheuerman | M | 21 Smith Street -- Glen Head, NY 11545 | BIDEN |
| DEM | Tracey A. Edwards | F | 762 Vanderbilt Parkway -- Dix Hills, NY 11746 | BIDEN |
| DEM | Steven J. Israel | M | 80 Highwood Circle -- Oyster Bay, NY 11771 | BIDEN |
| DEM | Nancy M. Ventimiglia | F | 4 Piermont Court -- Melville, NY 11747 | BIDEN |
| DEM | Anthony Simon | M | 28 Lee Avenue -- Bethpage, NY 11714 | BIDEN |
| DEM | Delia M. DeRiggi Whitton | F | 12 Bridle Lane -- Glen Cove, NY 11542 | BIDEN |

OFFICE: ***National Delegate***

DISTRICT: **4**

COUNTIES: Part of Nassau

**VOTE FOR SEVEN**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Thomas J. Garry | M | 113 Cedar Avenue -- Rockville Centre, NY 11570 | BIDEN |
| DEM | Mayra Y. Aguilar | F | 257 Manor Parkway -- Uniondale, NY 11553 | BIDEN |
| DEM | Kevan M. Abrahams | M | 170 New York Avenue -- Freeport, NY 11520 | BIDEN |
| DEM | Elaine Portuondo Smith | F | 1105 Merillon Street -- Uniondale, NY 11553 | BIDEN |
| DEM | Waylyn Hobbs, Jr. | M | 203 Cathedral Avenue -- Hempstead, NY 11550 | BIDEN |
| DEM | Andrena Y. Wyatt | F | 79 Maplewood Avenue -- Hempstead, NY 11550 | BIDEN |
| DEM | Edgar N. Campbell | M | 120 Maryland Avenue -- Freeport, NY 11520 | BIDEN |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: **5**

COUNTIES: Part of Nassau, Part of Queens

**VOTE FOR EIGHT**

| *Party* | Name | | Address | *Supporting* |
|---|---|---|---|---|
| **DEM** | **Alicia L. Hyndman** | **F** | **131-11 234th Street, #2 -- Rosedale, NY 11422** | **BIDEN** |
| **DEM** | **Patrick B. Jenkins** | **M** | **114-35 140th Street -- Jamaica, NY 11436** | **BIDEN** |
| **DEM** | **Michaelle C. Solages** | **F** | **163 Freeman Avenue -- Elmont, NY 11003** | **BIDEN** |
| **DEM** | **Leroy G. Comrie** | **M** | **110-06 196th Street -- St. Albans, NY 11412** | **BIDEN** |
| **DEM** | **Roslin Spigner** | **F** | **219-35 112th Road -- Queens Village, NY 11429** | **BIDEN** |
| **DEM** | **David S. Pecoraro** | **M** | **243-26 145th Avenue -- Rosedale, NY 11422** | **BIDEN** |
| **DEM** | **Valerie L. West** | **F** | **22-11 Camp Road -- Far Rockaway, NY 11691** | **BIDEN** |
| **DEM** | **David I. Weprin** | **M** | **86-82 Palermo Street -- Hollis, NY 11423** | **BIDEN** |

OFFICE: ***National Delegate***

DISTRICT: **6**

COUNTIES: Part of Queens

**VOTE FOR SIX**

| *Party* | Name | | Address | *Supporting* |
|---|---|---|---|---|
| **DEM** | **Rory I. Lancman** | **M** | **76-21 172 Street -- Fresh Meadows, NY 11366** | **BIDEN** |
| **DEM** | **Karen Koslowitz** | **F** | **69-39 Yellowstone Boulevard 521 -- Forest Hills, NY 11375** | **BIDEN** |
| **DEM** | **Peter A. Koo** | **M** | **133-28 41 Avenue 2A -- Flushing, NY 11355** | **BIDEN** |
| **DEM** | **Neeta Jain** | **F** | **150-25 61 Road -- Flushing, NY 11367** | **BIDEN** |
| **DEM** | **Gurdip S. Narula** | **M** | **42-30 Hampton Street 206 -- Elmhurst, NY 11373** | **BIDEN** |
| **DEM** | **Mercedes Goodsell** | **F** | **7520 113 Street 1D -- Forest Hills, NY 11375** | **BIDEN** |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: 7

COUNTIES: Part of Kings, Part of New York, Part of Queens

**VOTE FOR SEVEN**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Helen Pearlstein | F | 230 Jay Street 16C -- Brooklyn, NY 11201 | BIDEN |
| DEM | Darryl C. Towns | M | 278 Highland Boulevard -- Brooklyn, NY 11207 | BIDEN |
| DEM | Chung C. Seto | F | 57 Mott Street 13 -- New York, NY 10013 | BIDEN |
| DEM | Steven M. Cohen | M | 360 Furman Street 215 -- Brooklyn, NY 11201 | BIDEN |
| DEM | Grace Lee | F | 290 State Street 3 -- Brooklyn, NY 11201 | BIDEN |
| DEM | Steven D. Cohn | M | 235 Adams Street 6H -- Brooklyn, NY 11201 | BIDEN |
| DEM | Ellen Gentilviso | F | 477 FDR Drive 2105 -- New York, 10 10002 | BIDEN |

OFFICE: ***National Delegate***

DISTRICT: 8

COUNTIES: Part of Kings & Part of Queens

**VOTE FOR EIGHT**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Jonathan A. Alleyne | M | 1172 East 95 Street 1 -- Brooklyn, NY 11236 | BIDEN |
| DEM | Roxanne J. Persaud | F | 1406 East 103 Street -- Brooklyn, NY 11236 | BIDEN |
| DEM | Henry L. Butler | M | 661 Macon Street -- Brooklyn, NY 11233 | BIDEN |
| DEM | Lisa Lewis | F | 255 Hancock Street -- Brooklyn, NY 11216 | BIDEN |
| DEM | Marilyn D. Mosley | F | 309 Lafayette Avenue 16B -- Brooklyn, NY 11238 | BIDEN |
| DEM | Babatunde Akowe | M | 442 Greene Avenue -- Brooklyn, NY 11216 | BIDEN |
| DEM | Jaime R. Williams | F | 5602 Avenue O -- Brooklyn, NY 11234 | BIDEN |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: 9

COUNTIES: Part of Kings

**VOTE FOR EIGHT**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Sylveta A. Hamilton-Gonzalez | F | 1280 Union Street -- Brooklyn, NY 11225 | BIDEN |
| DEM | N. Nick Perry | M | 3722 Farragut Road -- Brooklyn, NY 11210 | BIDEN |
| DEM | Monique R. Chandler-Waterman | F | 461 East 46 Street -- Brooklyn, NY 11203 | BIDEN |
| DEM | Patricia D. Blackwell | F | 3320 Avenue H 6C -- Brooklyn, NY 11210 | BIDEN |
| DEM | Howard T. Allen | M | 1144 Saint Marks Avenue -- Brooklyn, NY 11213 | BIDEN |
| DEM | Marcia D. Kaplan-Mann | F | 1715 Newkirk Avenue -- Brooklyn, NY 11226 | BIDEN |
| DEM | Resatul Islam | M | 374 Argyle Road 2 -- Brooklyn, NY 11218 | BIDEN |

OFFICE: ***National Delegate***

DISTRICT: 10

COUNTIES: Part of Kings, Part of New York

**VOTE FOR SEVEN**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Marc A. Landis | M | 337 West 85 Street 1B -- New York, NY 10024 | BIDEN |
| DEM | Carol A. Klein | F | 245 West 107 Street 12A -- New York, NY 10025 | BIDEN |
| DEM | Bernard Brandon Berner | M | 245 West 107 Street 12A -- New York, NY 10025 | BIDEN |
| DEM | Niya Clark Dixon | F | 540 West 45 Street 638 -- New York, NY 10036 | BIDEN |
| DEM | Joshua James Vlasto | M | 155 West 68 Street 211 -- New York, NY 10023 | BIDEN |
| DEM | Joyce S. Johnson | F | 65 West 96 Street 16G -- New York, NY 10025 | BIDEN |
| DEM | Theodore R. Teros | M | 520 West 43 Street 22C -- New York, NY 10036 | BIDEN |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: **11**

COUNTIES: Part of Kings, Richmond

**VOTE FOR SIX**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Bianca Rajpersaud | F | 22 Ada Drive -- Staten Island, NY 10314 | BIDEN |
| DEM | Michael N. Mulgrew | M | 236 Castleton Avenue -- Staten Island, NY 10301 | BIDEN |
| DEM | Nancy D. Myers | F | 140 Nixon Avenue -- Staten Island, NY 10304 | BIDEN |
| DEM | Daniel J. Cassella | M | 347 Gower Street -- Staten Island, NY 10314 | BIDEN |
| DEM | Dilia R. Schack | F | 8903 Ridge Boulevard -- Brooklyn, NY 11209 | BIDEN |
| DEM | Mohammed A.K. Chowdhury | M | 303 Glen Avenue -- Staten Island, NY 10301 | BIDEN |

OFFICE: ***National Delegate***

DISTRICT: **12**

COUNTIES: Part of Kings, Part of New York & Part of Queens

**VOTE FOR EIGHT**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Jake P. Dilemani | M | 185 East 85 Street 15G -- New York, NY 10028 | BIDEN |
| DEM | Jennifer Bayer Michaels | F | 995 5 Avenue 35 -- New York, NY 10028 | BIDEN |
| DEM | Andrew H. Ball | M | 330 East 39 Street 6A -- New York, NY 10016 | BIDEN |
| DEM | Karen M. Adler | F | 1111 Park Avenue 14D -- New York, NY 10128 | BIDEN |
| DEM | Alexander I. Katz | M | 77 West 55 Street 3D -- New York, NY 10019 | BIDEN |
| DEM | Chelsea L.L. Connor | F | 33-43 14 Street 3C -- Astoria, NY 11106 | BIDEN |
| DEM | Ian W. Magerkurth | M | 4-74 48 Avenue 7B -- Long Island City, NY 11109 | BIDEN |
| DEM | Rebecca A. Seawright | F | 345 East 81 Street 9L -- New York, NY 10028 | BIDEN |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: **13**

COUNTIES: Part of Bronx, Part of New York,

**VOTE FOR EIGHT**

| *Party* | Name | | Address | *Supporting* |
|---|---|---|---|---|
| DEM | Charles B. Rangel | M | 40 West 135 Street 16NP -- New York, NY 10037 | BIDEN |
| DEM | Inez E. Dickens | F | 201 West 139 Street 1F -- New York, NY 10030 | BIDEN |
| DEM | Alfred E. Taylor | M | 938 Saint Nicholas Avenue 67 -- New York, NY 10032 | BIDEN |
| DEM | Vanessa L. Gibson | F | 1889 Sedgwick Avenue 15H -- Bronx, NY 10453 | BIDEN |
| DEM | Manny K. De Los Santos | M | 82 Wadsworth Avenue 4 -- New York, NY 10033 | BIDEN |
| DEM | Norma Campusano | F | 3333 East Broadway E25E -- New York, NY 10031 | BIDEN |
| DEM | Harry Rodriguez | M | 1809 Third Avenue 4B -- New York, NY 10029 | BIDEN |

OFFICE: ***National Delegate***

DISTRICT: **14**

COUNTIES: Part of Bronx, Part of Queens

**VOTE FOR SIX**

| *Party* | Name | | Address | *Supporting* |
|---|---|---|---|---|
| DEM | Michael R. Benedetto | M | 3321 Bruckner Blvd 3M -- Bronx, NY 10461 | BIDEN |
| DEM | Anne Marie Anzalone | F | 28-27 48 Street -- Astoria, NY 11103 | BIDEN |
| DEM | Thomas P. Messina | M | 1215 Ellsworth Avenue 1 -- Bronx, NY 10465 | BIDEN |
| DEM | Barbara J. Jackson | F | 97-30 57 Avenue 12E -- Corona, NY 11368 | BIDEN |
| DEM | Manuel F. Perez | M | 88-11 34 Avenue 5D -- Jackson Heights, NY 11372 | BIDEN |
| DEM | Monique Johnson | F | 545 Calhoun Avenue 5C -- Bronx, NY 10465 | BIDEN |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: **15**

COUNTIES: Part of Bronx

**VOTE FOR SEVEN**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Yudelka Tapia | F | 245 East 180 Street 2C -- Bronx, NY 10457 | BIDEN |
| DEM | Marcos A. Crespo | M | 880 Boynton Avenue 13D -- Bronx, NY 10473 | BIDEN |
| DEM | Cynthia L. Cox | F | 800 Concourse Village West 3H -- Bronx, NY 10451 | BIDEN |
| DEM | Rafael Salamanca, Jr. | M | 1231 Vyse Avenue 1 -- Bronx, NY 10459 | BIDEN |
| DEM | Paula R. Fields | F | 1244 Westchester Avenue 3A -- Bronx, NY 10459 | BIDEN |
| DEM | Angel L. Santana, Jr. | M | 2311 Beaumont Avenue 5D -- Bronx, NY 10458 | BIDEN |
| DEM | Raquel Rivera | F | 1 West Square Farms Plaza 3D -- Bronx, NY 10460 | BIDEN |

OFFICE: ***National Delegate***

DISTRICT: **16**

COUNTIES: Part of Bronx, Part of Westchester

**VOTE FOR EIGHT**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Reginald A. LaFayette | M | 418 Bedford Avenue Apt 2 -- Mount Vernon, NY 10553 | BIDEN |
| DEM | Helen K. Morik | F | 3777 Independence Avenue Apt. 1H -- Bronx, NY 10463 | BIDEN |
| DEM | Jeffrey Dinowitz | M | 3701 Henry Hudson Parkway -- Bronx, NY 10463 | BIDEN |
| DEM | Caroline R. Levere | F | 858 Fenimore Road -- Larchmont, NY 10538 | BIDEN |
| DEM | Kevin C. Riley | M | 3441 Ely Ave. -- Bronx, NY 10469 | BIDEN |
| DEM | Pauline M. Galvin | F | 56 Fort Hill Road -- Yonkers, NY 10710 | BIDEN |
| DEM | Thomas G. Meier | M | 56 Mile Square Road -- Yonkers, NY 10701 | BIDEN |
| DEM | Shirley J. Saunders | F | 120 Benchley Place, Apt 20L -- Bronx, NY 10475 | BIDEN |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: **17**

COUNTIES: Rockland, Part of Westchester

**VOTE FOR SEVEN**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Florence T. McCue | F | 1404 Old Country Road -- Elmsford, NY 10523 | BIDEN |
| DEM | Grant M. Valentine, Jr. | M | 29 Balmoral Drive -- Spring Valley, NY 10977 | BIDEN |
| DEM | Kristen Z. Zebrowski Stavisky | F | 106 Strawtown Road -- West Nyack, NY 10994 | BIDEN |
| DEM | Michael B. Specht | M | 6 Lancaster Drive -- Suffern, NY 10901 | BIDEN |
| DEM | Sabrina E. Greco | F | 3 Kohut Street -- Pomona, NY 10970 | BIDEN |
| DEM | William C. Alexander | M | 10 Nosband Ave, Apt. 6A -- White Plains, NY 10605 | BIDEN |
| DEM | Sean Denigris | M | 75 Lincoln Ave E. Fl 1 -- West Harrison, NY 10604 | BIDEN |

OFFICE: ***National Delegate***

DISTRICT: **18**

COUNTIES: Orange, Putnam, Part of Dutchess, Part of Westchester

**VOTE FOR SIX**

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Randy G. Florke | M | 383 Lane Gate Road -- Cold Spring, NY 10516 | BIDEN |
| DEM | Maureen A. Fleming | F | 13 Pine Trail -- Carmel, NY 10512 | BIDEN |
| DEM | Joseph M. Destefano | M | 18 Highland View Place -- Middletown, NY 10940 | BIDEN |
| DEM | Joan A. Becker | F | 33 Flintlock Ridge Road -- Katonah, NY 10536 | BIDEN |
| DEM | Scott H. Reing | M | 125 McLaughlin Drive -- Mahopac, NY 10541 | BIDEN |
| DEM | Joan M. McDonald | F | 6 Daniella Court -- Mahopac, NY 10541 | BIDEN |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: **19**

**VOTE FOR SIX**

COUNTIES: Columbia, Delaware, Greene, Otsego, Schoharie, Sullivan,Ulster, Part of Broome, Part of Dutchess, Part of Montgomery, Part of Rensselaer

| *Party* | Name | | Address | *Supporting* |
|---|---|---|---|---|
| DEM | Donna J. Schick | F | 429 Big Hollow Road -- Grahamsville, NY 12740 | BIDEN |
| DEM | Michael P. Hein | M | 207 Orchard Street -- Hurley, NY 12443 | BIDEN |
| DEM | Doreen P. Davis | F | 58 Pennsylvania Avenue -- Catskill, NY 12414 | BIDEN |
| DEM | Frank L. Cardinale | M | 70 Lipton Street -- Kingston, NY 12401 | BIDEN |
| DEM | Elaine Sosnicki | F | 50 Henry Street -- Wurtsboro, NY 12790 | BIDEN |
| DEM | Frederick E. Kowal | M | 202 Three Track Mountain Road -- Warnerville, NY 12187 | BIDEN |

OFFICE: ***National Delegate***

**VOTE FOR SEVEN**

DISTRICT: **20**

COUNTIES: Albany, Schenectady, Part of Montgomery, Part of Rensselaer,Part of Saratoga

| *Party* | Name | | Address | *Supporting* |
|---|---|---|---|---|
| DEM | Daniel P. McCoy | M | 7 Cayuga Court -- Albany, NY 12208 | BIDEN |
| DEM | Caroline B. McGraw | F | 1177 Rosehill Blvd. -- Schenectady, NY 12309 | BIDEN |
| DEM | Jack Flynn | M | 9 Harding Street -- Albany, NY 12208 | BIDEN |
| DEM | Wanda F. Willingham | F | 121 Van Rensselaer Blvd. -- Albany, NY 12204 | BIDEN |
| DEM | Edward Verhoff | M | 33 Orlando Ave. -- Albany, NY 12203 | BIDEN |
| DEM | Dorcey L. Applyrs | F | 6 S. Marshall Street -- Albany, NY 12209 | BIDEN |
| DEM | Carole Claren-Weaver | F | 240 Stowe Ave., #1 -- Troy, NY 12180 | BIDEN |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

**VOTE FOR SIX**

DISTRICT: **21**

COUNTIES: Clinton, Essex, Franklin, Fulton, Hamilton, Jefferson, Lewis, St. Lawrence, Warren, Washington, Part of Herkimer, Part of Saratoga

| *Party* | Name | | Address | *Supporting* |
|---|---|---|---|---|
| DEM | June F. O'Neill | F | 75 Pollock Road -- Canton, NY 13617 | BIDEN |
| DEM | Ronald P. McDougall | M | 63 Gleason Street -- Gouverneur, NY 13642 | BIDEN |
| DEM | Lynne C. Boecher | F | 9 Oakwood Dr. -- Queensbury, NY 12804 | BIDEN |
| DEM | Michael J. Zagrobelny | M | 27 Brookview Dr. -- Waddington, NY 13694 | BIDEN |
| DEM | Sara S. Idleman | F | 30 Academy Street -- Greenwich, NY 12834 | BIDEN |
| DEM | Michael S. Cashman | M | 60 Ashston Dr. -- Morrisonville, NY 12962 | BIDEN |

OFFICE: ***National Delegate***

**VOTE FOR SIX**

DISTRICT: **22**

COUNTIES: Chenango, Cortland, Madison, Oneida, Part of Broome, Part of Herkimer, Part of Oswego, Part of Tioga

| *Party* | Name | | Address | *Supporting* |
|---|---|---|---|---|
| DEM | Timothy A. Perfetti | M | 7 Water Street -- Homer, NY 13077 | BIDEN |
| DEM | RoAnn M. Destito | F | 308 West Oak Street -- Rome, NY 13440 | BIDEN |
| DEM | Christopher W. Buttino | M | 31 Jewett Avenue Apt 1 -- Cortland, NY 13045 | BIDEN |
| DEM | Rhea Jezer | F | 7426 Song Lake Road -- Tully, NY 13159 | BIDEN |
| DEM | Timothy M. Grippen | M | 4 Oak Street Apt. 20 -- Binghamton, NY 13905 | BIDEN |
| DEM | Samantha A. Deriso | F | 130 Paradise Lane -- Oriskany, NY 13424 | BIDEN |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: 23 **VOTE FOR SIX**

COUNTIES: Allegany, Cattaraugus, Chautauqua, Chemung, Schuyler, Seneca, Steuben, Tompkins, Yates, Part of Ontario, Part of Tioga

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Hilda T. Lando | F | 65 Wilson Street -- Corning, NY 14830 | BIDEN |
| DEM | Shawn D. Hogan | M | 12 Mays Avenue -- Hornell, NY 14843 | BIDEN |
| DEM | Marjorie T. Lawlor | F | 105 East 5th Street -- Corning, NY 14830 | BIDEN |
| DEM | Samuel J. Nasca | M | 26 Pardee Street -- Hornell, NY 14843 | BIDEN |
| DEM | Barbara M. Banko | F | 34 Orchard Street -- Canisteo, NY 14823 | BIDEN |
| DEM | Joseph R. Welch | M | 16 Highland Drive -- Corning, NY 14830 | BIDEN |

OFFICE: ***National Delegate***

DISTRICT: 24 **VOTE FOR SEVEN**

COUNTIES: Cayuga, Onondaga, Wayne, Part of Oswego

| Party | Name | | Address | Supporting |
|---|---|---|---|---|
| DEM | Bruce Conner | M | 3223 South Salina Street -- Syracuse, NY 13205 | BIDEN |
| DEM | Margaret Anne Chase | F | 440 Ridgewood Drive -- Syracuse, NY 13206 | BIDEN |
| DEM | Daniel T. Farfaglia | M | 212 Phillips St. -- Fulton, NY 13069 | BIDEN |
| DEM | Diane M. Dwire | F | 315 Kasson Road -- Camillius, NY 13031 | BIDEN |
| DEM | Bernard B. Washington, Jr. | M | 231 Ferndale Drive -- Syracuse, NY 13205 | BIDEN |
| DEM | Dia M. Carabajal | F | 116 Curtis Place -- Auburn, NY 13021 | BIDEN |
| DEM | William J. Scott | M | 5159 Winterton Drive -- Fayetteville, NY 13066 | BIDEN |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: **25**

COUNTIES: Part of Monroe

**VOTE FOR SEVEN**

| *Party* | Name | | Address | *Supporting* |
|---|---|---|---|---|
| DEM | Brittaney M. Wells | F | 710 Chili Avenue -- Rochester, NY 14611 | BIDEN |
| DEM | David F. Gantt | M | 245 Lyndhurst Street -- Rochester, NY 14605 | BIDEN |
| DEM | Sabrina A. Lamar | F | 164 Raeburn Avenue -- Rochester, NY 14619 | BIDEN |
| DEM | David A. Seeley | M | 339 Harwick Road -- Rochester, NY 14609 | BIDEN |
| DEM | Yversha M. Roman | F | 55 Parkwood Road -- Rochester, NY 14615 | BIDEN |
| DEM | Frank Keophetlasy | M | 69 Michigan Street -- Rochester, NY 14606 | BIDEN |
| DEM | Maria L. Fisher | F | 1009 Park Avenue -- Rochester, NY 14610 | BIDEN |

OFFICE: ***National Delegate***

DISTRICT: **26**

COUNTIES: Part of Erie, Part of Niagara

**VOTE FOR SEVEN**

| *Party* | Name | | Address | *Supporting* |
|---|---|---|---|---|
| DEM | Timothy M. Kennedy | M | 36 Britt Avenue -- Buffalo, NY 14220 | BIDEN |
| DEM | Jennifer L. Hibit | F | 351 Linwood Avenue, Apt. 1B -- Buffalo, NY 14209 | BIDEN |
| DEM | Demone A. Smith | M | 68 Beverly Road -- Buffalo, NY 14208 | BIDEN |
| DEM | Gayle L. Syposs | F | 301 Broad St. -- Tonawanda, NY 14150 | BIDEN |
| DEM | Rashied McDuffie | M | 183 Brunswick Boulevard -- Buffalo, NY 14208 | BIDEN |
| DEM | Rebecca A. Dyster | F | 626 Orchard Parkway -- Niagara Falls, NY 14301 | BIDEN |
| DEM | Leonard R. Lenihan, Jr. | M | 233 Glendale Drive -- Tonawanda, NY 14150 | BIDEN |

NEW YORK STATE BOARD OF ELECTIONS

DEMOCRATIC DELEGATE LIST - PRESIDENTIAL PRIMARY ELECTION 2020

OFFICE: ***National Delegate***

DISTRICT: **27**

**VOTE FOR SIX**

COUNTIES: Genesee, Livingston, Orleans, Part of Erie, Part of Monroe,Part of Niagara, Part of Ontario, Wyoming

| *Party* | Name | | Address | *Supporting* |
|---|---|---|---|---|
| DEM | Margaret A. Murphy | F | 5354 Briercliff Drive -- Hamburg, NY 14075 | BIDEN |
| DEM | Terrence L. Melvin | M | 3250 Brookfield Lane -- Hamburg, NY 14075 | BIDEN |
| DEM | Jacalyn F. Whiting | F | 89 East Main Street -- LeRoy, NY 14482 | BIDEN |
| DEM | Bradley T. Felton | M | 65 Buffalo Road -- East Aurora, NY 14052 | BIDEN |
| DEM | Jeanne M. Crane | F | 13087 Hanlon Road -- Albion, NY 14411 | BIDEN |
| DEM | Craig R. Bucki | M | 104 Sunburst Circle -- East Amherst, NY 14051 | BIDEN |