Official Democratic Party Ballot for Presidential Primary Election
Boleta Official Demócrata para Elecciones Primaria Presidencial

State of New York, County of
Estado de Nueva York, Condado de

April 28, 2020
28 de abril de 2020

Commissioners/Comisionadas

**Election District**

Ballot marking instructions are printed in the privacy sleeve.

Las instrucciones para marcar la boleta electoral estan impresas en la envoltura de privacidad.

| OFFICE / OFICINA | 1 President of the United States / Presidente de los Estados Unidos — Vote for One (Vota por Uno) | 2 Delegates to the Democratic National Convention / Delegados a la Convención Nacional Demócrata — 20th Congressional District / Distrito del Congreso 20 — Vote for Any Seven (Vota por Cualquiera Siete) | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata — Pete Buttigieg | ○ Democratic/Demócrata — Rachel Baum (F) | ○ Democratic/Demócrata — Stephen A. Napier, Jr. (M) | ○ Democratic/Demócrata — Caitlin Gallagher (F) | ○ Democratic/Demócrata — John T. Fealy (M) | ○ Democratic/Demócrata — Julia A. Reeb (F) | ○ Democratic/Demócrata — Andrew Brick (M) | ○ Democratic/Demócrata — Kim M. Cardillo (F) |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata — Amy Klobuchar | | | | | | | |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata — Joseph R. Biden | ○ Democratic/Demócrata — Daniel P. McCoy (M) | ○ Democratic/Demócrata — Caroline B. McGraw (F) | ○ Democratic/Demócrata — Jack Flynn (M) | ○ Democratic/Demócrata — Wanda F. Willingham (F) | ○ Democratic/Demócrata — Edward Verhoff (M) | ○ Democratic/Demócrata — Dorcey L. Applyrs (F) | ○ Democratic/Demócrata — Carole Claren-Weaver (F) |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata — Tulsi Gabbard | | | | | | | |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata — Bernie Sanders | ○ Democratic/Demócrata — Phillip G. Steck (M) | ○ Democratic/Demócrata — Thomas Goodfellow (M) | ○ Democratic/Demócrata — Douglas Bullock (M) | ○ Democratic/Demócrata — Joyce Love (F) | ○ Democratic/Demócrata — Heather Spitzberg (F) | ○ Democratic/Demócrata — Sandra Steubing (F) | ○ Democratic/Demócrata — Khristina Ulmer (F) |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata — Michael R. Bloomberg | | | | | | | |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata — Tom Steyer | | | | | | | |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata — Michael Bennet | | | | | | | |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata — Elizabeth Warren | ○ Democratic/Demócrata — Melinda J. Person (F) | ○ Democratic/Demócrata — Martin J. Robinson (M) | ○ Democratic/Demócrata — Katherine D. Chao (F) | ○ Democratic/Demócrata — Nicholas A. Petrillo (M) | ○ Democratic/Demócrata — Christine M. Butry (F) | ○ Democratic/Demócrata — Anton A. Konev (M) | ○ Democratic/Demócrata — Holly Loth (F) |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata — Andrew Yang | ○ Democratic/Demócrata — Kathryn Miechkowski (F) | ○ Democratic/Demócrata — James Gilkey (M) | ○ Democratic/Demócrata — Erynn Barber (F) | ○ Democratic/Demócrata — Hugh McNeelege (M) | ○ Democratic/Demócrata — Tanya Thorne (F) | ○ Democratic/Demócrata — Ray Daugherty (M) | ○ Democratic/Demócrata — Olivia Meunier (F) |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata — Deval Patrick | | | | | | | |

**Official Democratic Party Absentee/Military/Special Ballot for Presidential Primary Election**

Boleta Official Demócrata Ausente/Militar/Especial para Elecciónes Primaria Presidencial

State of New York, County of
Estado de Nueva York, Condado de

April 28, 2020
28 de abril de 2020

Commissioners/Comisionadas

**Election District**

| OFFICE / OFICINA | 1. President of the United States / Presidente de los Estados Unidos — Vote for One (Vota por Uno) | 2–8. Delegates to the Democratic National Convention / Convención Nacional Demócrata — 20th Congressional District / Distrito del Congreso 20 — Vote for Any Seven (Vota por Cualquiera Siete) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata **Pete Buttigieg** | ○ Democratic/Demócrata **Rachel Baum (F)** | ○ Democratic/Demócrata **Stephen A. Napier, Jr. (M)** | ○ Democratic/Demócrata **Caitlin Gallagher (F)** | ○ Democratic/Demócrata **John T. Fealy (M)** | ○ Democratic/Demócrata **Julia A. Reeb (F)** | ○ Democratic/Demócrata **Andrew Brick (M)** | ○ Democratic/Demócrata **Kim M. Cardillo (F)** |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata **Amy Klobuchar** | | | | | | | |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata **Joseph R. Biden** | ○ Democratic/Demócrata **Daniel P. McCoy (M)** | ○ Democratic/Demócrata **Caroline B. McGraw (F)** | ○ Democratic/Demócrata **Jack Flynn (M)** | ○ Democratic/Demócrata **Wanda F. Willingham (F)** | ○ Democratic/Demócrata **Edward Verhoff (M)** | ○ Democratic/Demócrata **Dorcey L. Applyrs (F)** | ○ Democratic/Demócrata **Carole Claren-Weaver (F)** |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata **Tulsi Gabbard** | | | | | | | |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata **Bernie Sanders** | ○ Democratic/Demócrata **Phillip G. Steck (M)** | ○ Democratic/Demócrata **Thomas Goodfellow (M)** | ○ Democratic/Demócrata **Douglas Bullock (M)** | ○ Democratic/Demócrata **Joyce Love (F)** | ○ Democratic/Demócrata **Heather Spitzberg (F)** | ○ Democratic/Demócrata **Sandra Steubing (F)** | ○ Democratic/Demócrata **Khristina Ulmer (F)** |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata **Michael R. Bloomberg** | | | | | | | |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata **Tom Steyer** | | | | | | | |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata **Michael Bennet** | | | | | | | |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata **Elizabeth Warren** | ○ Democratic/Demócrata **Melinda J. Person (F)** | ○ Democratic/Demócrata **Martin J. Robinson (M)** | ○ Democratic/Demócrata **Katherine D. Chao (F)** | ○ Democratic/Demócrata **Nicholas A. Petrillo (M)** | ○ Democratic/Demócrata **Christine M. Butry (F)** | ○ Democratic/Demócrata **Anton A. Konev (M)** | ○ Democratic/Demócrata **Holly Loth (F)** |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata **Andrew Yang** | ○ Democratic/Demócrata **Kathryn Miechkowski (F)** | ○ Democratic/Demócrata **James Gilkey (M)** | ○ Democratic/Demócrata **Erynn Barber (F)** | ○ Democratic/Demócrata **Hugh McNeelege (M)** | ○ Democratic/Demócrata **Tanya Thorne (F)** | ○ Democratic/Demócrata **Ray Daugherty (M)** | ○ Democratic/Demócrata **Olivia Meunier (F)** |
| Democratic / Demócrata ★ A | ○ Democratic/Demócrata **Deval Patrick** | | | | | | | |

**INSTRUCTIONS:**

(1) To vote for a candidate whose name is printed on this ballot fill in the oval above or next to the name of the candidate.

(2) Any other mark or writing, or any erasure made on this ballot outside the voting ovals or blank spaces provided for voting will void this entire ballot.

(3) Do not overvote. If you select a greater number of candidates than there are vacancies to be filled, your ballot will be void for that public office, party position or proposal.

(4) If you tear, or deface, or wrongly mark this ballot, return it and obtain another. Do not attempt to correct mistakes on the ballot by making erasures or cross outs. Erasures or cross outs may invalidate all or part of your ballot. Prior to submitting your ballot, if you make a mistake in completing the ballot or wish to change your ballot choices, you may obtain and complete a new ballot. You have a right to a replacement ballot upon return of the original ballot.

**INSTRUCCIONES:**

(1) Para votar por un candidato cuyo nombre esté impreso en esta boleta, llene el óvalo que está sobre el nombre del candidato, o junto a éste.

(2) Cualquier otra marca o escritura, o cualquier borrón sobre esta boleta, por fuera de los óvalos o espacios en blanco provistos para votar, anula toda esta boleta.

(3) No vote de más. Si selecciona un número de candidatos mayor que el número de vacantes a llenar, su voto será nulo para ese cargo público, puesto en el partido o propuesta.

(4) Si usted rompe, desfigura, o marca de forma incorrecta esta boleta, devuélvala y se le entregará otra. No intente borrar ni tachar para corregir errores en la boleta. Los borrones o tachaduras pueden invalidar toda o parte de la boleta. Antes de entregar su boleta, si comete un error al llenar la boleta, o si desea cambiar sus opciones de voto, puede obtener una nueva boleta para llenarla. Usted tiene derecho a recibir una nueva boleta a cambio de la boleta original.