AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Yang, et al *Plaintiff* | ) ) |
| v. | ) Case No. 20-cv-03325 (AT) |
| New York State Board of Elections, et al *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenors Albro, Bellanca, Strickland, Adams, Medina, Nanda, Levy, Sauberman, Gardner, Carpineta, Barrow, Mintz, and de Delva.

Date:   05/01/2020

/s/
*Attorney's signature*

Jonathan Wallace, 1733757
*Printed name and bar number*

PO #728 Amagansett, NY 11930

*Address*

Jonathan.wallace80@gmail.com
*E-mail address*

(917) 359-6234
*Telephone number*

(929) 888-9457
*FAX number*