UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X   No. 20-cv-3325 (AT)
ANDREW YANG, JONATHAN HERZOG, HELLEN SUH,
BRIAN VOGEL, SHLOMO SMALL, ALISON HWANG,        **NOTICE OF APPEARANCE**
KRISTEN MEDEIROS and DR. ROGER GREEN,
individually and on behalf of all others similarly situated,

                       Plaintiffs,

                    v.

DOUGLAS A. KELLNER, Co-Chair and Commissioner,
ANDREW SPANO, Commissioner, PETER S. KOSINSKI,
Co-Chair, TODD D. VALENTINE, Co-Executive Director,
and ROBERT A. BREHM, Co-Executive Director,
individually and in their official capacities at the New York
State Board of Elections, and the NEW YORK STATE
BOARD OF ELECTIONS,

                       Defendants.

----------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Leonard M. Kohen hereby enters his appearance in the above-captioned case as counsel for the Plaintiffs, Andrew Yang, Jonathan Herzog, Helen Suh, Brian Vogel, Shlomo Small, Allison Hwang, Kristen Medeiros and Dr. Roger Green, individually and on behalf of all others similarly situated.

      **PLEASE** sever all notices or papers and direct all further correspondences or electronic notices to the undersigned below-listed attorney e said defendants, the address and contact

information to which the notice/papers are to be directed are set forth herein below the signature line.

Dated: May 4, 2020
       New York, New York

                              Respectfully submitted,

                                    /s/
                            Leonard M. Kohen, Esq.,
                            Partner,
                            Kurzon Kohen LLP
                            *Attorneys for the Plaintiffs*
                            305 Broadway, 7th floor, New York, NY 10007
                            212.203.8918 (phone/fax)
                            leonard.kohen@kurzon.com

TO:    All counsel of record via ECF