UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW YANG, JONATHAN HERZOG, HELLEN SUH, BRIAN VOGEL, SHLOMO SMALL, ALISON HWANG, KRISTEN MEDEIROS and DR. ROGER GREEN, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>DOUGLAS A. KELLNER, Co-Chair and Commissioner, ANDREW SPANO, Commissioner, PETER S. KOSINSKI, Co-Chair, TODD D. VALENTINE, Co-Executive Director, and ROBERT A. BREHM, Co-Executive Director, individually and in their official capacities at the New York State Board of Elections, and the NEW YORK STATE BOARD OF ELECTIONS,<br><br>                                    Defendants.<br><br>GEORGE ALBRO, PENNY MINTZ, JAY BELLANCA, TRACI STRICKLAND, EMILY ADAMS, NESTOR MEDINA, SIMRAN NANDA, KATHRYN LEVY, JOSHUA SAUBERMAN, CARI GARDNER, STEPHEN CARPINETA, NANCY DEDELVA, and TING BARROW,<br><br>                                    Plaintiff-Intervenors,<br><br>v.<br><br>DOUGLAS A. KELLNER and ANDREW SPANO, as Commissioners of the New York State Board of Elections, and the NEW YORK STATE BOARD OF ELECTIONS,<br><br>                                    Defendants. | No. 20-cv-3325 (AT)<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendants, Douglas A. Kellner, Co-Chair and Commissioner, Andrew Spano, Commissioner, Peter S. Kosinski, Co-Chair, Todd D. Valentine, Co-Executive Director, and Robert A. Brehm, Co-Executive Director, individually and in their

official capacities at the New York State Board of Elections, and the New York State Board of Elections, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the District Court, dated May 5, 2020, and electronically filed on May 5, 2020 (ECF No. 43).

Dated: New York, New York
       May 6, 2020

                                              Respectfully submitted,

                                              **LETITIA JAMES**
                                              Attorney General
                                              State of New York
                                              *Attorney for Defendants*

                                       By: /s/ Matthew L. Conrad
                                              MATTHEW L. CONRAD
                                              Assistant Attorney General
                                              28 Liberty Street
                                              New York, NY 10005
                                              (212) 416-8610